Connecticut Department of Public Safety
Division of State Police    DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BOUTON    K9: NERO    Time: 1537 out    Weight: 83 lbs    Trainers: CHILDS, AUSTIN    Weather: CLEAR SUNNY DARK    Date: 10/21/13    Temp: 50s

Location: GALES MANTIC

### I. Obedience

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☐ | ☒ | ☐ |
| D. Hand only | ☐ | ☒ | ☐ |
| E. Voice only | ☒ | ☐ | ☐ |
| F. Tactical | ☐ | ☒ | ☐ |
| G. Gunfire | N/A | ☐ | ☐ |

(N/I=Needs Improvement)

Comments:

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Comments:
LEATHER GLOVE.
45 ACC AND PLASTIC CAP
ALERTED ON ALL
THREE ITEMS.

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☒ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:
3 REPS OF TRAFFIC
STOPS. OK REMAINED
IN VEH. ON 1ST. REMAINED
ON 2ND 3 3RD. PATTED
DOWN ???
D 6S CAME HALF WAY
OUT WINDOW 3 BARKED
ON 3RD.

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0273

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT TRACKING LOG

| | | | |
|---|---|---|---|
| Handler: BEAUTON | K9: NERO | Date: 10/21/13 | Time: 19:30 HRS |
| Location: ROCKY NECK | Length: 150 YDS feet, yards, miles | | Age: 10 MIN 20 MIN seconds, minutes/hours |
| Terrain: WOODED/URBAN | Weather: CLEAR/LUNAC ILLUM | | Temp: 50's |
| Tracklayer: BLOOM | Scent Article: CAST | Wind: MEDIUM-STRONG Calm, slight, medium, strong, gusty | |
| Trainers: EKLUND, BURNHAM | Track observed by: N/A Trainer's name if any | | |

Diagram:

Training [X]   Actual Use [ ]



Legend:
Tracklayer ⟵——— K9 Team ———

Start S        Finish X

| | | | |
|---|---|---|---|
| Time spent on track: 3.4m | Subject located | Yes   No | How ID was made: SIT |

Comments: FIRST TRACK WAS A 10 MIN DELAY. SUBJECT WAS TRACKED AND LOCATED ON A PICNIC TABLE. SECOND TRACK WAS A 20 MIN DELAY. SUBJECT WAS TRACKED AND LOCATED ON TOP OF A 5' HIGH SECTION OF THE BUILDING

BEAUTON - 0274

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

Handler: BEAUTON | K9: NERO | Date: 10/22/13 | Time: 12:10 HRS
Location: COLCHESTER | Length: 150 feet, yards, miles | Age: 30 MIN seconds, minutes, hours
Terrain: WOODED | Weather: CLEAR SUNNY | Temp: 66°
Tracklayer: BERNARDO BRINK | Scent Article: HAT/CAST | Wind: SLIGHT Calm, slight, medium, strong, gusty
Trainers: EVLUND, BURNHAM | Track observed by: N/A Trainer's name if any

Diagram:                                                          Training [X]   Actual Use [ ]
                                                                    Wind direction



Legend:
Tracklayer ———— K9 Team ———— Start S    Finish X

Time spent on track: 4-8 | Subject located (Yes) No | How ID was made: SIT

Comments: 1ST TRACK WAS A 30 MINUTE DELAY. NERO WAS CAST OFF OF A HAT. PULLED APPROX 50 YRDS DUE TO WIND & TRAFFIC BLOWING SCENT IN THAT DIRECTION. NERO GAVE A GOOD NEGATIVE & WAS RE-CAST AT START. NERO TRACKED TO SUBJECT.
2ND TRACK WAS A 10 MIN DELAY. NERO WAS CIRCLED AROUND VEHICLE & CAST. NERO PICKED UP THE TRAIL & TRACKED TO SUBJECT.

Connecticut Department of Public Safety
Division of State Police    DPS-973-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BEAUTON    K9: NERO    Weight: 81.2 lbs    Trainers: GRUNN, DEFEAN    Date: 10/23/13

Location: MIDDLEFIELD    Time: 0830 / in    / out    Weather: CLEAR, low over cast    Temp: 50's

(N/I=Needs improvement)

## I. Obedience

|  | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☐ | ☒ | ☐ |
| C. Distance N/A | ☐ | ☐ | ☐ |
| D. Hand only | ☐ | ☒ | ☐ |
| E. Voice only | ☐ | ☒ | ☐ |
| F. Tactical N/A | ☐ | ☐ | ☐ |
| G. Gunfire N/A | ☐ | ☐ | ☐ |

Comments: FIGURE 7 FOR
/ TURN

## II. Obstacles

|  | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☒ | ☐ | ☐ |
| B. Climbing | ☒ | ☐ | ☐ |
| C. Crawling | ☒ | ☐ | ☐ |

Comments: 2 ROUNDS OF
K-9 COURSE.
1 w/ MUZZLE, 1 w/o

## III. Evidence Recovery

|  | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert SIT | ☒ | ☐ | ☐ |

Comments: BULLET CASING

## IV. Handler Protection

|  | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation N/A | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch N/A | ☒ | ☐ | ☐ |
| E. Re-assault N/A | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection N/A | ☐ | ☐ | ☐ |

## IV. Handler Protection

|  | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| I. Box Search N/A | ☐ | ☐ | ☐ |
| K. Scout INTRO TO SCOUT | ☐ | ☒ | ☒ |
| L. Building Search N/A | ☐ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

Connecticut Department of Public Safety
Division of State Police    DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BEAUTON  K9: NERO  Weight: 84.2  Trainers: DEFEO, AUSTIN  Date: 10/24/13

Location: BRISTOL  Time: 0830 in / 1143 out  Weather: CLEAR, SUNNY  Temp: 58.5

(N/I=Needs Improvement)

**I. Obedience**

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☐ | ☒ | ☐ |
| B. Off leash | ☐ | ☒ | ☐ |
| C. Distance | ☐ | ☒ | ☐ |
| D. Hand only | ☐ | ☒ | ☐ |
| E. Voice only | ☐ | ☒ | ☐ |
| F. Tactical | ☐ | ☒ | ☐ |
| G. Gunfire | N/A | ☐ | ☐ |

Comments: FIGURE 7 3 LONG DIST.

**II. Obstacles**

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

**III. Evidence/Recovery**

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | KNIFE | ☒ | ☐ |
| Alert | SIT | ☒ | ☐ |

Comments:

**IV. Handler Protection**

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | N/A | ☐ | ☐ |
| B. Break | ☐ | ☒ | ☐ |
| C. Pat Down | ☐ | ☒ | ☐ |
| D. Down Watch | ☐ | ☒ | ☐ |
| E. Re-assault | N/A | ☐ | ☐ |
| F. Distance Hit | ☒ | ☐ | ☐ |
| G. Hit From Vehicle | N/A | ☐ | ☐ |
| H. Handler Protection | ☒ | ☐ | ☐ |

Comments:

**IV. Handler Protection**

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | N/A | ☐ | ☐ |
| J. Box Search | N/A | ☐ | ☐ |
| K. Scout | N/A | ☐ | ☐ |
| L. Building Search | ☒ | ☐ | ☐ |

Comments:

Use reverse side for detailed description of exercises completed on this date

BEAUTON - 0277

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 10/25/13 | Time: 0820 - 1230 |
|---|---|---|---|

Location: MERIDEN | Length: 200 feet, yards, miles | Age: 10-15 MIN seconds, minutes, hours

Terrain: URBAN, WOODED | Weather: CLEAR, SUNNY | Temp: 50's

Tracklayer: BROWN / BROWN | Scent Article: NONE | Wind: CALM slight, medium, strong, gusty

Trainers: DEPEAO | Track observed by: N/A Trainer's name if any

Diagram:                                          Training [X]  Actual Use [ ]

Wind direction

WOODED AREA

ROAD

TREE

PARKING LOT

S

S

Legend:
Tracklayer ———|——— K9 Team ———— | Start S      Finish X

Time spent on track: 10 m | Subject located: (Yes)  No | How ID was made: SIT

Comments: NERO WAS PLACED IN HARNESS AT THE BEGINING
OF EACH TRACK. NERO LOCATED BOTH SUBJECTS
3. ALERTED W/ A SIT W/ NO ISSUE

Connecticut Department of Public Safety
Division of State Police    DPS-473-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BEAUTON    K9: NERO    Weight: 84 lbs    Trainers: CRIUND, BURNHAM    Date: 10/28/13
DEFOR

Location: MANSFIELD    Time: 0830 / out    Weather: CLEAR, SUNNY    Temp: 40-50°

(N/I=Needs Improvement)

### I. Obedience

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☒ | ☐ | ☐ |
| D. Hand only | ☒ | ☐ | ☐ |
| E. Voice only | ☒ | ☐ | ☐ |
| F. Tactical | ☐ | ☒ | ☐ |
| G. Gunfire | N/A ☐ | ☐ | ☐ |

Comments: FIG-7 COMPASS,
DIST, TAC, OUT
OF SLIT

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Comments: SIT
HANDGUN IN
WOODS, UNDER LEAVES

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | N/A ☐ | ☐ | ☐ |
| J. Box Search | N/A ☐ | ☐ | ☐ |
| K. Scout | ☒ | ☐ | ☐ |
| L. Building Search | N/A ☐ | ☐ | ☐ |

3 STARTS W/ BITE
SUIT

Comments:

Use reverse side for detailed description
of exercises completed on this date.

BEAUTON - 0279

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 10/28/13 | Time: 10:00 HRS |
|---|---|---|---|
| Location: MAINSFIELD | Length: 200YDS feet, yards, miles | | Age: 30 MIN seconds, minutes, hours |
| Terrain: URBAN | Weather: CLEAR, SUNNY | | Temp: 420 |
| Tracklayer: O'CONNER | Scent Article: NONE | Wind: SLIGHT calm, slight, medium, strong, gusty | |
| Trainers: EKLUND | | Track observed by: N/A Trainer's name if any | |

Diagram:

Training [X]   Actual Use [ ]

Wind direction

PARKING LOT

Legend:
Tracklayer ——————— K9 Team————   Start S        Finish X

| Time spent on track: 3 MIN | Subject located   Yes   No | How ID was made: S, T |
|---|---|---|

Comments: NERO WAS PLACED IN HARNESS & CAST OFF OF THE
BEGINNING OF THE TRAIL. NERO TRACKED TO THE QUARRY
W/ NO ISSUES. NERO CIRCLED ON 1ST TURN & THEN TRACKED
DIRECTLY TO SUBJECT

Connecticut Department of Public Safety
Division of State Police    DPS-473-C

# CONNECTICUT STATE POLICE CANINE UNIT

## TRAINING LOG

Handler: BEAUTON    K9: NERO    Time: 0830 / 1130 in/out    Weight: 82.2 lbs    Trainers: CROWN, DEFORD    Date: 10/29/13

Location: WATERSHED    Weather: CLEAR, SUNNY    Temp: 50's

### I. Obedience

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☐ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☐ | ☐ | ☐ |
| D. Hand only | ☐ | ☐ | ☐ |
| E. Voice only | ☐ | ☐ | ☐ |
| F. Tactical | ☐ | ☐ | ☐ |
| G. Gunfire | ☐ | ☐ | ☐ |

(N/I=Needs Improvement)

Comments:

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☒ | ☐ | ☐ |
| B. Climbing | ☒ | ☐ | ☐ |
| C. Crawling | ☒ | ☐ | ☐ |

Comments: 2 ROUNDS 0' CLOSE
ONE IN MUZZLE, ONE
w/o

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Comments: METAL FLASHLIGHT &
KNIFE

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | N/A | ☐ | ☐ |
| B. Break | ☐ | ☒ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | N/A | ☐ | ☐ |
| E. Re-assault | ☒ | ☐ | ☐ |
| F. Distance Hit | N/A | ☐ | ☐ |
| G. Hit From Vehicle | ☒ | ☐ | ☐ |
| H. Handler Protection | ☒ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Recall | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date.

BEAUTON - 0281

Connecticut Department of Public Safety
Division of State Police
DPS-673-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

**Handler:** BEAUTON    **K9:** NERO    **Time:** 0910 To / 14:30    **Weight:** 84.2    **Trainers:** EWING AUSTIN    **Date:** 10/3/13    **Temp:** 50°C

**Location:** No. BRANFORD    **Weather:** LOW OVERCAST / RAIN

### I. Obedience
(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☒ | ☐ | ☐ |
| D. Hand only | ☒ | ☐ | ☐ |
| E. Voice only | ☒ | ☐ | ☐ |
| F. Tactical | ☒ | ☐ | ☐ |
| G. Gunfire | N/A | ☐ | ☐ |

Comments: FILLER Z DIST.
PAC I CRAWL
S OUT OF SIGHT FOR
5 MIN

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☐ | ☐ | ☐ |

Comments:

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0282

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT TRACKING LOG

Handler: BEAUTON | K9: NERO | Date: 10/30/13 | Time: 0930
Location: No. BRANFORD | Length: 1/2 MILE X 2 (feet, yards, miles) | Age: 30 MIN (seconds, minutes, hours)
Terrain: WOODED | Weather: LOW OVER CAST / RAIN | Temp: 50's
Tracklayer: O'CONNER BRINK | Scent Article: NONE | Wind: CALM - SLIGHT (calm, slight, medium, strong, gusty)
Trainers: EKLUND AUSTIN | Track observed by: N/A (Trainer's name if any)

Diagram:                        Training ☒  Actual Use ☐



Wind direction

Legend:
Tracklayer ———  K9 Team ———  Start S    Finish X

Time spent on track: 25m | Subject located (Yes) (No) | How ID was made: SIT

Comments: 1ST TRACK. ONLY TURNS WERE MARKED.
NERO TRACKED TO 2ND TURN, BUT LOST THE
TRAIL. I WAS UNABLE TO GET HIM BACK ON.

2ND TRACK, NERO TRACKED TO 1ST TURN WERE ANOTHER
QUARRY FROM A DIFFERENT TRACK WAS HIDING. NERO
WAS ABLE TO WORK THROUGH THAT UNPLANNED EVENT, &
EVENTUALLY LOCATED THE TRACK LAYER.

Connecticut Department of Public Safety
Division of State Police    DPS-673-C

# CONNECTICUT STATE POLICE CANINE UNIT
# TRAINING LOG

Handler: BEAUTON    K9: NERO    Time: 0830 in / 1430 out    Weight: 84.2    Trainers: BINGHAM, DEFEO    Date: 10/04/13    Temp: 50°C

Location: WATERBURY

(N/I=Needs Improvement)

## I. Obedience

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☒ | ☐ | ☐ |
| D. Hand only | ☐ | ☒ | ☐ |
| E. Voice only | ☒ | ☐ | ☐ |
| F. Tactical | ☒ | ☐ | ☐ |
| G. Gunfire | N/A | ☐ | ☐ |

Comments: E6-7 DIST.
TAC.

## II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

## III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☐ | ☐ | ☐ |

Comments:

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | N/A | ☐ | ☐ |
| B. Break | ☒ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | N/A | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | N/A | ☐ | ☐ |
| G. Hit From Vehicle | N/A | ☐ | ☐ |
| H. Handler Protection | N/A | ☐ | ☐ |

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | N/A | ☐ | ☐ |
| I. Box Search | N/A | ☐ | ☐ |
| K. Scout | N/A | ☐ | ☐ |
| L. Building Search | ☒ | ☐ | ☐ |

Comments: BUILDING SEARCHES WERE
CONDUCTED IN A MIDDLE
SCHOOL.

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0284

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 10/04/13 | Time: 0830 |
|---|---|---|---|

| Location: MERIDEN | Length: 200 YRDS (feet, yards, miles) | Age: 10-20 M (seconds, minutes, hours) |
|---|---|---|

| Terrain: URBAN | Weather: CLEAR SUNNY | Temp: 50's |
|---|---|---|

| Tracklayer: BRINK BLOOM | Scent Article: CAST | Wind: SLIGHT MEDIUM (Calm, slight, medium, strong, gusty) |
|---|---|---|

| Trainers: EKLUND, DEBAR | Track observed by: N/A (Trainer's name if any) |
|---|---|

Diagram:                                    Training ☒  Actual Use ☐



Legend:
Tracklayer ——— K9 Team——— Start S   Finish X

| Time spent on track: 5 M | Subject located: (Yes) No | How ID was made: SIT |
|---|---|---|

Comments: NERO WAS PLACED IN HARNESS ₹ CAST OF OFF
A SCRAP AT THE BEGINING OFF EACH TRACK. BOTH TRACKS
WERE UNKNOWN TO ME. A 3RD PERSON WHO WAS AWARE
OF THE TRACKS FOLLOWED. NERO LOCATED BOTH QUARRIES
W/O ANY ISSUES.

Connecticut Department of Public Safety
Division of State Police
DPS-673-C

# CONNECTICUT STATE POLICE CANINE UNIT TRAINING LOG

Handler: BEAUTON    K9: NERO    Weight: 84.2    Trainers: KRUG BUENUM    Date: 10/06/13

Location: COLCHESTER    Time: 820 / 1140    Weather: CLEAR, SUNNY    Temp:
(NI=Needs Improvement)    in    out

## I. Obedience

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☒ | ☐ | ☐ |
| D. Hand only | ☒ | ☐ | ☐ |
| E. Voice only | ☒ | ☐ | ☐ |
| F. Tactical | ☒ | ☐ | ☐ |
| G. Gunfire | N/A | ☐ | ☐ |

Comments: NISPAC OBEDIENCE CERTIFICATION

## II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

## III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Comments: SIT GUN

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:

Use reverse side for detailed description of exercises completed on this date

BEAUTON - 0286

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT TRACKING LOG

| | | | |
|---|---|---|---|
| Handler: BEAUTON | K9: NERO | Date: 10/06/13 | Time: 10:30 HRS |
| Location: COLCHESTER | Length: 200 YRDS (feet, yards, miles) | | Age: 20 MIN (seconds, minutes, hours) |
| Terrain: URBAN | Weather: CLEAR, SUNNY | | Temp: 40's |
| Tracklayer: CASTLE | Scent Article: HAT | Wind: SLIGHT (Calm, slight, medium, strong, gusty) | |
| Trainers: EKLUND | | Track observed by: N/A (Trainer's name if any) | |

Diagram:                                                      Training ☒  Actual Use ☐

Wind direction

ROAD

PARKING LOT

S

X

Legend:
Tracklayer ———— K9 Team———— Start S      Finish X

Time spent on track: 7 m   |Subject located   Yes   No |How ID was made: S, X

Comments: NERO WAS PLACED IN HARNESS AT THE BEGINING OF
THE TRACK. NERO TRACKED TO THE TRACK LAYER W/ NO ISSUES.
TWO OTHER PEOPLE WERE STANDING NEAR THE QUARRY NERO CHECKED
THEM OUT, BUT THEN IGNORED THEM AND SAT IN FRONT OF THE
QUARRY.

Connecticut Department of Public Safety
Division of State Police    DPS-073-C

# CONNECTICUT STATE POLICE CANINE UNIT TRAINING LOG

Handler: BEAUTON    K9: NERO    Time: 1600 in / 2100 out    Weight: 84.2    Trainers: SKINS BAKEN GUIZARDS    Date: 10/31/13    Temp: 50 s

Location: KILLINGLY    Weather: RAIN

## I. Obedience

(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | | ☒ | |
| B. Off leash | ☒ | | |
| C. Distance | N/A | | |
| D. Hand only | ☒ | | |
| E. Voice only | ☒ | | |
| F. Tactical | ☒ | | |
| G. Gunfire | N/A | | |

Comments: BUILDING SEARCHES

## II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | | | |
| B. Climbing | | | |
| C. Crawling | | | |

Comments:

## III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | | |
| Alert | ☒ | | |

Comments: METAL, PLASTIC, LEATHER
SIT

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | N/A | | |
| B. Break | ☒ | | |
| C. Pat Down | ☒ | | |
| D. Down Watch | ☒ | | |
| E. Re-assault | N/A | | |
| F. Distance Hit | N/A | | |
| G. Hit From Vehicle | N/A | | |
| H. Handler Protection | N/A | | |

Comments:

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | N/A | | |
| J. Box Search | N/A | | |
| K. Scout | N/A | | |
| L. Building Search | ☒ | | |

Comments: SEARCHES WERE CONDUCTED IN A HIGH SCHOOL

Use reverse side for detailed description of exercises completed on this date

Connecticut Department of Public Safety
Division of State Police
DPS-273-C

# CONNECTICUT STATE POLICE CANINE UNIT
# TRAINING LOG

**Handler:** BEAUTON    **K9:** NERO    **Time:** 0830 / 1615 in/out    **Weight:** 81    **Trainers:** Fr GRAND DESNAU    **Date:** 11/08/13    **Temp:** 45°

**Location:** WATERSHED

## I. Obedience.
(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☒ | ☐ | ☐ |
| D. Hand only | ☒ | ☐ | ☐ |
| E. Voice only | ☒ | ☐ | ☐ |
| F. Tactical | N/A | ☐ | ☐ |
| G. Gunfire | N/A ☐ | ☐ | ☐ |

Comments:

## II. Obstacles.

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☒ | ☐ | ☐ |
| B. Climbing | ☒ | ☐ | ☐ |
| C. Crawling | ☒ | ☐ | ☐ |

Comments: 1 ROUND OF OBSTACLES

## III. Evidence/Recovery.

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Comments:

## IV. Handler Protection.

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

## V. Handler Protection.

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:

Comments:
ENTIRE 7 K/
DISTANCE - 1
QUICK SIGHT
DOWN STAY FOR CHAIN
X 1

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0289

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 10/08/13 | Time: 11:10 |
|---|---|---|---|
| Location: WATERSHED | Length: 1/2 MILE feet, yards, mile | | Age: 30 MIN seconds, minutes, hours |
| Terrain: WOODED | Weather: CLEAR, SUNNY | | Temp: 4/0 |
| Tracklayer: CASTLE | Scent Article: HAT | Wind: SLIGHT calm, light, medium, strong, gusty |
| Trainers: CKLUND, DEEGAO, AUSTIN | Track observed by: N/A Trainer's name if any |

Diagram:              Training ☒  Actual Use ☐



Legend:
Tracklayer ——————— K9 Team——————   Start S      Finish X

| Time spent on track: 5:8 | Subject located: Yes  No | How ID was made: SIT |
|---|---|---|

Comments: NERO WAS PLACED IN HARNESS AT THE SCENT ARTICLE. NERO TOOK THE TRAIL & TRACKED TO 1ST TURN. HE OVERSHOT 1ST TURN, GAVE A GOOD NEGATIVE, CIRCLED & PICKED UP THE TURN. NERO TRACKED TO THE QUARRY & SAT ON THE ALERT.

Connecticut Department of Public Safety
Division of State Police
DPS-673-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BEAUTON   K9: NERO   Weight: 8| (in) 1736 (out)   Trainers: GLENN BURNHAM DETACHED   Date: 11/1/13   Temp: 50°

Location: WATERSHED   Time: 0830 (in) 1436 (out)   Weather: CLEAR

**I. Obedience**

(N/I=Needs Improvement)

|  | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☐ | ☐ | ☐ |
| B. Off leash | ☐ | ☐ | ☐ |
| C. Distance | ☐ | ☐ | ☐ |
| D. Hand only | ☐ | ☐ | ☐ |
| E. Voice only | ☐ | ☐ | ☐ |
| F. Tactical | ☐ | ☐ | ☐ |
| G. Gunfire | ☐ | ☐ | ☐ |

Comments:

**II. Obstacles**

|  | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☒ | ☐ | ☐ |
| B. Climbing | ☒ | ☐ | ☐ |
| C. Crawling | ☒ | ☐ | ☐ |

Comments: 2 ROUNDS OF OBSTICLES

**III. Evidence Recovery**

|  | Good | OK | N/I |
|---|---|---|---|
| Alert | ☒ | ☐ | ☐ |
| Search Pattern | ☒ | ☐ | ☐ |

SGX 50   S.T.

Comments: METAL PLASTIC LEATHER

**IV. Handler Protection**

|  | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☒ | ☐ | ☐ |
| B. Break | N/A | ☐ | ☐ |
| C. Pat Down | N/A | ☐ | ☐ |
| D. Down Watch | N/A | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☒ | ☐ | ☐ |
| G. Hit From Vehicle | N/A | ☐ | ☐ |
| H. Handler Protection | N/A | ☐ | ☐ |

IN MUZZLE

IN MUZZLE

**IV. Handler Protection**

|  | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| I. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date.

BEAUTON - 0291

Connecticut Department of Public Safety
Division of State Police    DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BEAUTON    K9: NERO    Time: 0830/    Weight: 31    Trainers: CLINTON, DEFOE, BIANKA    Date: 11/12/13

Location: No BETHLEHEM    Weather: Snow    Temp: 30°.

### I. Obedience

(N/I=Needs improvement)

|  | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | N/A | ☐ | ☐ |
| D. Hand only | N/A | ☐ | ☐ |
| E. Voice only | N/A | ☐ | ☐ |
| F. Tactical | N/A | ☐ | ☐ |
| G. Gunfire | N/A | ☐ | ☐ |

Comments: DID WELL ALL SESSIONS

### II. Obstacles

|  | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☒ | ☐ | ☐ |
| B. Climbing | N/A | ☐ | ☐ |
| C. Crawling | N/A | ☐ | ☐ |

Comments: IN 3 OUT OF ONE THROUGH WINDOW

### III. Evidence Recovery

|  | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☐ | ☐ | ☐ |

Comments:

### IV. Handler Protection

|  | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | N/A | ☐ | ☐ |
| B. Break | ☒ | ☐ | ☐ |
| C. Pat Down | ☒ | ☐ | ☐ |
| D. Down Watch | ☒ | ☐ | ☐ |
| E. Re-assault | ☒ | ☐ | ☐ |
| F. Distance Hit | N/A | ☐ | ☐ |
| G. Hit From Vehicle | ☒ | ☐ | ☐ |
| H. Handler Protection | ☒ | ☐ | ☐ |

### IV. Handler Protection

|  | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| I. Box Search | N/A | ☐ | ☐ |
| K. Scout | N/A | ☐ | ☐ |
| L. Building Search | ☒ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| | | | |
|---|---|---|---|
| Handler: BEAUTON | K9: NERO | Date: 11/12/13 | Time: 10 00 |
| Location: BETHLEHEM | Length: 1/2 MILE / 75 YDS | | Age: 20 MIN |
| Terrain: WOODED | Weather: CLEAR | | Temp: 31° |
| Tracklayer: CASTLE COLT | Scent Article: NONE | Wind: SLIGHT - MEDIUM | |
| Trainers: EKLUND, BURNHAM, DEFEO | Track observed by: N/A | | |

Diagram:    Training [X]   Actual Use [ ]

Wind direction



Legend:
Tracklayer ———    K9 Team ———    Start S    Finish X

Time spent on track: 10M | Subject located (Yes) No | How ID was made: SIT

Comments: 1ST TRACK WAS A 1/2 MILE W/ A 20 MIN DELAY. NERO WAS PLACED IN HARNESS AT THE START OF THE TRAIL. NERO TRACKED W/ NO ISSUES, THROUGH A SWAMP & HEAVY UNDERGROWTH. WE CAME ACROSS TWO LEATHER GLOVES LEFT AS SCENT ARTICLES. ONE IN THE SWAMP & ONE ON THE FENCE. QUARRY WAS IN A TREE IN AN OPEN FIELD. NERO SAT AT BASE OF TREE.

2ND TRACK WAS A 75 YRD I.D. TRACK. NERO TRACKED TO THE END OF THE TRAIL WERE THE QUARRY & 2 OTHER PEOPLE WERE STANDING. NERO ALERTED BY SITTING IN FRONT OF THE QUARRY.

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| | | | |
|---|---|---|---|
| Handler: BEAUTON | K9: NERO | Date: 11/13/13 | Time: 13:30 |
| Location: N.E. HARTFORD | Length: 250 YRDS (feet, yards, mile) | | Age: 40 MIN (seconds, minutes, hours) |
| Terrain: WOODED | Weather: CLEAR | | Temp: 40's |
| Tracklayer: PORRINI | Scent Article: NONE | Wind: SLIGHT (Calm, slight, medium, strong, gusty) | |
| Trainers: EKLUND, BURNHAM | | Track observed by: N/A (Trainer's name if any) | |

Diagram:

Training ☒   Actual Use ☐

Wind direction

ROAD

Legend:
Tracklayer ———   K9 Team———   Start S   Finish X

Time spent on track: 3-4 M | Subject located   (Yes)   No | How ID was made: SIT

Comments: NERO WAS PLACED IN HARNESS AT THE BEGINING OF
THE TRACK. NERO TOOK THE TRACK & TRACKED TO FIRST TURN
3. CIRCLED. NERO PICKED UP THE TURN AND TRACKED TO THE
TRACK LAYER. NO ISSUES. THIS WAS A HOT TRACK. THE
TRACK LAYER LAYED THE LAST 50 YRDS. RIGHT AS WE STARTED
THE TRACK.

Connecticut Department of Public Safety
Division of State Police
DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

**Handler:** Beauton    **K9:** Neco    **Weight:** 81    **Trainers:** Ellwd Defrad Burnham    **Date:** 10/14/13

**Location:** Townsonville    **Time:** 0530 in / 1430 out    **Weather:** Clear, Sunny    **Temp:** 40°

### I. Obedience

(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash N/A | ☐ | ☐ | ☐ |
| B. Off leash ☒ | ☐ | ☐ | ☐ |
| C. Distance N/A | ☐ | ☐ | ☐ |
| D. Hand only N/A | ☐ | ☐ | ☐ |
| E. Voice only N/A | ☐ | ☐ | ☐ |
| F. Tactical N/A | ☐ | ☐ | ☐ |
| G. Gunfire N/A | ☐ | ☐ | ☐ |

Comments:

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☐ | ☐ | ☐ |

Comments:

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation N/A | ☐ | ☐ | ☐ |
| B. Break Scout | ☒ | ☐ | ☐ |
| C. Pat Down N/A | ☐ | ☐ | ☐ |
| D. Down Watch N/A | ☐ | ☐ | ☐ |
| E. Re-assault N/A | ☐ | ☐ | ☐ |
| F. Distance Hit N/A | ☐ | ☐ | ☐ |
| G. Hit From Vehicle N/A | ☐ | ☐ | ☐ |
| H. Handler Protection N/A | ☐ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call N/A | ☐ | ☐ | ☐ |
| J. Box Search N/A | ☐ | ☐ | ☐ |
| K. Scout Certification | ☒ | ☐ | ☐ |
| L. Building Search N/A | ☐ | ☐ | ☐ |

Comments: Demo in Bite Suit
Hidden in Bushes
Avoidments made
K-9 Depicted on a
Scout Engaged NEco
Broke 3 Detained,
To Heel on
Command

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0295

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 11/14/13 | Time: 0900 30 MT |
|---|---|---|---|
| Location: HURD STATE PARK | Length: ½ MILE (feet/yrds, mile) | | Age: 30 MIN (seconds, minutes, hours) |
| Terrain: WOODED | Weather: CLEAR SUNNY | | Temp: 40's |
| Tracklayer: CASTLE | Scent Article: HAT | Wind: SLIGHT (calm, slight, medium, strong, gusty) | |
| Trainers: DEFAEO | | Track observed by: DEFAEO (Trainer's name if any) | |

Diagram:                                        Training ☒  Actual Use ☐

Wind direction



Legend:

Tracklayer ——————  K9 Team——————  Start S      Finish X

| Time spent on track: 20 M | Subject located (Yes) No | How ID was made: SIT |
|---|---|---|

Comments: NERO WAS PLACED IN HARNESS AT THE BEGINING OF
THE TRACK, CAST OFF OF THE SCENT ARTICLE, NERO
TOOK THE TRAIL AND TRACKED INTO THE WOODS, NERO
CIRCLED AT THE ROAD CROSSING & PICKED UP THE TRAIL
AT BEGINING OF THE OTHER SIDE OF THE ROAD, &
LOCATED THE TRACK LAYER, ALERTING W/ A SIT.
NESPAC CERT TRACK.

BEAUTON - 0296

Connecticut Department of Public Safety
Division of State Police
DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT
# TRAINING LOG

**Handler:** BEAUTON

**K9:** NERO

**Times:** 0830 in / 1630 out

**Weight:** 81

**Trainers:** GEROW, DEFAZO

**Weather:** CLEAR

**Date:** 11/5/13

**Temp:** 45°

## I. Obedience

(N/I=Needs Improvement)

**Location:** WATERSHED

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☐ | ☐ | ☐ |
| B. Off leash | ☐ | ☐ | ☐ |
| C. Distance | ☐ | ☐ | ☐ |
| D. Hand only | ☐ | ☐ | ☐ |
| E. Voice only | ☐ | ☐ | ☐ |
| F. Tactical | ☐ | ☐ | ☐ |
| G. Gunfire | ☐ | ☐ | ☐ |

Comments:

## II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

## III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☒ | ☐ |
| Alert | ☒ | ☐ | ☐ |

METAL PLASTIC LEATHER SIT

Comments:

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☒ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:
3 MV STOPS IN FUERE
1ST STOP CONTACT W/
OP.
2ND STOP OP. REFUSED
FROM VEH. ¿ SLOWED
W/.
3RD STOP OP. REMOVED
MV HAND. NERO CAL
OFF WINDOW 3 WATCHED
DIG ALT 3 BRAKE W/S.

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0297

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| | | | |
|---|---|---|---|
| Handler: BEAUTON | K9: NERO | Date: 11/15/13 | Time: 0945 |
| Location: MERIDEN | Length: 500 feet, yards, miles | | Age: .25 seconds, minutes, hours |
| Terrain: URBAN | Weather: CLEAR | | Temp: 40° |
| Tracklayer: HERZ | Scent Article: HAT | Wind: Calm, slight, medium, strong, gusty | |
| Trainers: EKLUND DEFARO | | Track observed by: N/A Trainer's name if any | |

Diagram:

Training [X]   Actual Use [ ]

Wind direction



Legend:
Tracklayer ———   K9 Team———   Start S   Finish X

| | | | |
|---|---|---|---|
| Time spent on track: 3 1/2 | Subject located | Yes | No | How ID was made: S.I. |

Comments: NERO WAS PLACED IN HARNESS AT THE BEGINNING
OF THE TRACK. NERO WAS CAST OFF A HAT. NERO TOOK
THE TRAIL AND BEGAN TRACKING W/ HIS NOSE
DOWN. NERO FRINGED, BUT THAT IS TO BE EXPECTED
DUE TO THE URBAN SCENT PICTURE. NERO LOCATED
THE TRACK LAYER W/ NO ISSUES & ALERTED
W/ A SIT.

BEAUTON - 0298

Connecticut Department of Public Safety
Division of State Police
DPS-973-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BEAUTON    K9: NEO    Time: 0836 in / 1430 out    Weight: 83    Trainers: Belivia DeFeao Brenham    Date: 11/8/13

Location: WATERSHED    Weather: Clear, Sunny    Temp: 40's

(N/I=Needs Improvement)

### I. Obedience

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | N/A | ☐ | ☐ |
| D. Hand only | ☒ | ☐ | ☐ |
| E. Voice only | N/A | ☐ | ☐ |
| F. Tactical | ☒ | ☐ | ☐ |
| G. Gunfire | ☒ | ☐ | ☐ |

Comments:

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☒ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Comments: Sit
METAL / LEATHER
PLASTIC

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☒ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0299

Connecticut Department of Public Safety
Division of State Police
DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT
# TRAINING LOG

Handler: _Beaton_

Location: _Range_

K9: _Nero_

Time: _1600_ hr

Weight: _63_ Unit

Trainers: _DePaolo_

Weather: _Clear, Sunny_

Date: _11/9/13_

Temp: _30s_

## I. Obedience
(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance | ☒ | ☐ | ☐ |
| D. Hand only N/A | ☐ | ☐ | ☐ |
| E. Voice only N/A | ☐ | ☐ | ☐ |
| F. Tactical | ☒ | ☐ | ☐ |
| G. Gunfire | ☒ | ☐ | ☐ |

Comments:

## II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☒ | ☐ | ☐ |
| B. Climbing N/A | ☐ | ☐ | ☐ |
| C. Crawling | ☒ | ☐ | ☐ |

Comments: _Gaps less on fire-arms course_

## III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Comments: _Check 36_

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation N/A | ☐ | ☐ | ☐ |
| B. Break | ☒ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch N/A | ☐ | ☐ | ☐ |
| E. Re-assault N/A | ☐ | ☐ | ☐ |
| F. Distance Hit | ☒ | ☐ | ☐ |
| G. Hit From Vehicle N/A | ☐ | ☐ | ☐ |
| H. Handler Protection N/A | ☐ | ☐ | ☐ |

## IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| I. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:

Use reverse side for detailed description of exercises completed on this date

BEAUTON - 0300

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
# TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 11/7/13 | Time: 1100 |
|---|---|---|---|

| Location: SIMSBURY ~~WETLAND~~ | Length: 1/4 feet, yards, mile | | Age: 30 MIN seconds, minutes, hours |
|---|---|---|---|

| Terrain: WOODED | Weather: CLEAR | | Temp: 40° |
|---|---|---|---|

| Tracklayer: BLOOM | Scent Article: NONE | Wind: Crime, slight, medium, strong, gusty |
|---|---|---|

| Trainers: EGLUND, DEFAR, AUCN | Track observed by: N/A Trainer's name if any |
|---|---|

Diagram:

Training [X]   Actual Use [ ]

Wind direction



DIRT ROAD

S

Legend:

Tracklayer ———   K9 Team ———   Start S   Finish X

| Time spent on track: 2 MIN | Subject located (Yes) No | How ID was made: SIT |
|---|---|---|

Comments: NERO WAS PLACED IN HARNESS AT THE BEGINNING
OF THE TRACK. NERO WAS CAST OFF OF A SCRAPE
& GIVEN THE FIND HIM COMMAND. NERO TRACKED TO
1ST TURN & HIT THE TURN W/O ISSUE. NERO TRACKED
TO 2ND TURN & CIRCLED, BUT PICKED THE TRAIL BACK
UP. AS NERO GOT CLOSER TO THE TRACK LAYER, HE
BEGAN TO REALLY DIG IN & PULL HARDER. ONCE
NERO FOUND THE TRACK LAYER & SAT IN FRONT OF
HIM WHILE LOOKING BACK AT ME.

Connecticut Department of Public Safety
Division of State Police    DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT

## TRAINING LOG

Handler: BEAUTON    K9: NERO    Time: 0830 / 1400    Trainers: EWING, DEANS    Date: 11/26/13

Location: PUTNAM    Weight: 83    Weather: CLEAR    Temp: 38°

### I. Obedience

(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | | ☒ | |
| B. Off leash | ☒ | | |
| C. Distance | | | |
| D. Hand only | | | |
| E. Voice only | | | |
| F. Tactical | ☒ | | |
| G. Gunfire | | | |

Comments: 2 RANDS OF FY. 7
DIST 3 TACTICAL
RESPONSE TO STANDARD

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | | | |
| B. Climbing | | | |
| C. Crawling | | | |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | | | |
| Alert | | | |

Comments:

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | N/A | | |
| B. Break | | ☒ | |
| C. Pat Down | | ☒ | |
| D. Down Watch | | ☒ | |
| E. Re-assault | ☒ | | |
| F. Distance Hit | N/A | | |
| G. Hit From Vehicle | N/A | | |
| H. Handler Protection | ☒ | | |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | | | ☒ |
| J. Box Search | N/A | | |
| K. Scout | N/A | | |
| L. Building Search | ☒ | | |

Comments:

Use reverse side for detailed description
of exercises completed on this date.

BEAUTON - 0302

Connecticut Department of Public Safety
Division of State Police    DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT

## TRAINING LOG

Handler: Beaton    K9: Nero    Time: 1530 / 2335 Out    Weight: 83    Trainers: Franco, Burson, Prato    Date: 11/21/13    Weather: Clear    Temp: 40°

### I. Obedience

(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☐ | ☐ | ☐ |
| B. Off leash | ☐ | ☐ | ☐ |
| C. Distance | ☐ | ☐ | ☐ |
| D. Hand only | ☐ | ☐ | ☐ |
| E. Voice only | ☐ | ☐ | ☐ |
| F. Tactical | ☐ | ☐ | ☐ |
| G. Gunfire | ☐ | ☐ | ☐ |

Comments:

Location: Continued Agression

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☒ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☐ | ☐ | ☐ |

Comments:

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☒ | ☐ | ☐ |
| B. Break | ☒ | ☐ | ☐ |
| C. Pat Down | ☒ | ☐ | ☐ |
| D. Down Watch | ☒ | ☐ | ☐ |
| E. Re-assault | ☒ | ☐ | ☐ |
| F. Distance Hit | N/A | ☐ | ☐ |
| G. Hit From Vehicle | N/A ☐ | ☐ | ☐ |
| H. Handler Protection | ☒ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |
| | Re-call | ☐ | ☐ |

Comments:

Use reverse side for detailed description of exercises completed on this date

BEAUTON - 0303

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 11/21/13 | Time: 1945 |
|---|---|---|---|

| Location: CONSUMERS | Length: 100 feet, yards, miles | Age: 15 seconds, minutes, hours |
|---|---|---|

| Terrain: WOODED/PAVEMENT | Weather: CLEAR | Temp: 40° |
|---|---|---|

| Tracklayer: CASTLE | Scent Article: NONE | Wind: Calm, slight, medium, strong, gusty |
|---|---|---|

| Trainers: EKLUND, BURNHAM, DEFEO | Track observed by: Trainer name if any N/A |
|---|---|

Diagram:

Training ☒  Actual Use ☐

Wind direction

Legend:
Tracklayer ———  K9 Team———   Start S      Finish X

| Time spent on track: 3m | Subject located: Yes | No | How ID was made: SIT |
|---|---|---|---|

Comments: NERO WAS PLACED W HARNESS AT START ₹
WAS CAST WITH THE FIND HIM COMMAND. NERO
TRACKED TO LEFT TURN ₹ FOLLOWED THE DOUBLED BACK
TRAIL BACK TO THE ROAD. NERO CROSSED THE ROAD
W/ HIS NOSE DOWN. TRACKED TO TRACK LAYER ₹ SAT.

Connecticut Department of Public Safety
Division of State Police   DPS-673-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

| | |
|---|---|
| Handler: _BEAUTON_ | K9: _NERO_ |
| Location: _CHESHIRE PD._ | Time: _0830_ in _1630_ out |
| | Weight: _83_ |
| Trainers: _OWENIAN, DEFAZIO_ | Date: _11/25/13_ |
| Weather: _CLEAR_ | Temp: _28°_ |

**I. Obedience**

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☐ | ☐ | ☐ |
| B. Off leash | ☐ | ☐ | ☐ |
| C. Distance | ☐ | ☐ | ☐ |
| D. Hand only | ☐ | ☐ | ☐ |
| E. Voice only | ☐ | ☐ | ☐ |
| F. Tactical | ☐ | ☐ | ☐ |
| G. Gunfire | ☐ | ☐ | ☐ |

Comments:

**II. Obstacles**

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

**III. Evidence Recovery**

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☐ | ☐ | ☐ |

Comments:

**IV. Handler Protection**

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | N/A | ☐ | ☐ |
| B. Break | ☒ | ☐ | ☐ |
| C. Pat Down | ☒ | ☐ | ☐ |
| D. Down Watch | ☒ | ☐ | ☐ |
| E. Re-assault | N/A | ☐ | ☐ |
| F. Distance Hit | N/A | ☐ | ☐ |
| G. Hit From Vehicle | N/A | ☐ | ☐ |
| H. Handler Protection | ☒ | ☐ | ☐ |

**IV. Handler Protection**

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | N/A | ☐ | ☐ |
| J. Box Search | N/A | ☐ | ☐ |
| K. Scout | N/A | ☐ | ☐ |
| L. Building Search | ☒ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRACKING LOG

| Handler: BEAUTON | K9: NERO | Date: 11/26/13 | Time: 0700 |
|---|---|---|---|

| Location: RT 11 COLCHESTER | Length: 375, 300, 175 feet, yards, miles | Age: 10 M 30 m 60 m seconds, minutes, hours |
|---|---|---|

| Terrain: WOODED | Weather: CLEAR | Temp: 30 c |
|---|---|---|

| Tracklayer: BLOOM | Scent Article: HAT | Wind: CALM Calm, slight, medium, strong, gusty |
|---|---|---|

| Trainers: BURNHAM | Track observed by: N/A Trainer's name if any |
|---|---|

Diagram:                                              Training ☒   Actual Use ☐



Wind direction

Legend:

Tracklayer ———— K9 Team———— Start S      Finish X

| Time spent on track: 5-8 | Subject located ⟨Yes⟩  No | How ID was made: SIT |
|---|---|---|

Comments: NERO WAS PLACED IN HARNESS AT THE START OF
EACH TRACK. NERO TRACKED ON EACH TRAIL, GOING OVER FENCE
3 THROUGH RUNNING STREAMS. THE TRACK LAYER WAS LOCATED
W/ A SIT ALERT ON EACH TRACK.

Connecticut Department of Public Safety
Division of State Police    DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT

## TRAINING LOG

Handler: _Beaton_    K9: _Nero_    Time: _0630/0730_    Weight: _83_    Trainers: _Graton  Brown Delao_    Date: _11/2 _ 9/13_

Location: _Enfield_    Weather: _Clear_    Temp: _76_

### I. Obedience

(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☐ | ☐ | ☐ |
| B. Off leash | ☐ | ☐ | ☐ |
| C. Distance | ☐ | ☐ | ☐ |
| D. Hand only | ☐ | ☐ | ☐ |
| E. Voice only | ☐ | ☐ | ☐ |
| F. Tactical | ☐ | ☐ | ☐ |
| G. Gunfire | ☐ | ☐ | ☐ |

Comments:

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☒ | ☐ | ☐ |
| Alert | ☒ | ☐ | ☐ |

Search Pattern _Meal_
Alert _Sit_

Comments: _Gorb Handler_

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation | ☐ | ☐ | ☐ |
| B. Break | ☐ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch | ☐ | ☐ | ☐ |
| E. Re-assault | ☐ | ☐ | ☐ |
| F. Distance Hit | ☐ | ☐ | ☐ |
| G. Hit From Vehicle | ☐ | ☐ | ☐ |
| H. Handler Protection | ☐ | ☐ | ☐ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☒ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

Connecticut Department of Public Safety
Division of State Police    DPS-973-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: BEAUTON    K9: NERO    Weight: 93    Trainers: DEFAEO    AVSTIN    Date: 12/02/13

Location: WATERSHED    Times: [blank] in 1130 out    Weather: CLEAR    Temp: 40's

### I. Obedience

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash □ N/A | □ | □ | □ |
| B. Off leash ☒ | □ | □ | □ |
| C. Distance N/A | □ | □ | □ |
| D. Hand only □ N/A | □ | □ | □ |
| E. Voice only □ N/A | □ | □ | □ |
| F. Tactical N/A | □ | □ | □ |
| G. Gunfire N/A | □ | □ | □ |

Comments:

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping ☒ | □ | □ | □ |
| B. Climbing ☒ | □ | □ | □ |
| C. Crawling N/A | □ | □ | □ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern GUN | ☒ | □ | □ |
| Alert GUN SIT | ☒ | □ | □ |

Comments:

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation N/A | □ | □ | □ |
| B. Break ☒ | □ | □ | □ |
| C. Pat Down ☒ | □ | □ | □ |
| D. Down Watch ☒ | □ | □ | □ |
| E. Re-assault N/A | □ | □ | □ |
| F. Distance Hit ☒ | □ | □ | □ |
| G. Hit From Vehicle ☒ | □ | □ | □ |
| H. Handler Protection ☒ | □ | □ | □ |

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call ☒ | □ | □ | □ |
| J. Box Search N/A | □ | □ | □ |
| K. Scout N/A | □ | □ | □ |
| L. Building Search N/A | □ | □ | □ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0308

Connecticut Department of Public Safety
Division of State Police
DPS-876-C

# CONNECTICUT STATE POLICE CANINE UNIT
# TRACKING LOG

Handler: BEAUTON |K9: NERO |Date: 12/02/13 |Time: 1800

Location: WATER SITES |Length: 200 YRDS feet, yards, miles |Age: 15 MIN seconds, minutes, hours

Terrain: WOODED |Weather: CLEAR |Temp: 40's

Tracklayer: PANNICCIA |Scent Article: CAST |Wind: CALM Calm, slight, medium, strong, gusty

Trainers: DEFAEO, AUSTIN |Track observed by: N/A Trainer's Name if any

Diagram:                                    Training ☒  Actual Use ☐

Wind direction



Legend:

Tracklayer ———   K9 Team———   Start S      Finish X̄

Time spent on track: 3min |Subject located   Yes   No |How ID was made: SIT

Comments: NERO WAS CAST OFF OF THE DRIVER'S SIDE
FRONT DOOR. NERO CIRCLED AROUND THE CAR AND
PICKED UP THE TRAIL. NERO PULLED HARDER THE
CLOSER WE GOT TO THE QUERRY. NERO HIT THE
TURN INTO THE WOODS & LOCATED THE TRACK LAYER
W/ A SIT ALERT.

BEAUTON - 0309

Connecticut Department of Public Safety
Division of State Police    DPS-873-C

# CONNECTICUT STATE POLICE CANINE UNIT
## TRAINING LOG

Handler: _Beaton_    K9: _Neko_    Weight: _84_    Trainers: _Young, Delay, Aston_    Date: _12/03/13_

Location: _Waterford_    Time: _0750 in / 1530 out_    Weather: _clear_    Temp: _40_

### I. Obedience
(N/I=Needs Improvement)

| | Good | OK | N/I |
|---|---|---|---|
| A. On leash | ☒ | ☐ | ☐ |
| B. Off leash | ☒ | ☐ | ☐ |
| C. Distance _N/A_ | ☐ | ☐ | ☐ |
| D. Hand only | ☒ | ☐ | ☐ |
| E. Voice only | ☒ | ☐ | ☐ |
| F. Tactical _N/A_ | ☐ | ☐ | ☐ |
| G. Gunfire _N/A_ | ☐ | ☐ | ☐ |

Comments:

### II. Obstacles

| | Good | OK | N/I |
|---|---|---|---|
| A. Jumping | ☐ | ☐ | ☐ |
| B. Climbing | ☐ | ☐ | ☐ |
| C. Crawling | ☐ | ☐ | ☐ |

Comments:

### III. Evidence Recovery

| | Good | OK | N/I |
|---|---|---|---|
| Search Pattern | ☐ | ☐ | ☐ |
| Alert | ☐ | ☐ | ☐ |

Comments:

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| A. Static Agitation _N/A_ | ☐ | ☐ | ☐ |
| B. Break | ☒ | ☐ | ☐ |
| C. Pat Down | ☐ | ☐ | ☐ |
| D. Down Watch _N/A_ | ☐ | ☐ | ☐ |
| E. Re-assault _N/A_ | ☐ | ☐ | ☐ |
| F. Distance Hit | ☒ | ☐ | ☐ |
| G. Hit From Vehicle _N/A_ | ☐ | ☐ | ☐ |
| H. Handler Protection _N/A_ | ☐ | ☐ | ☐ |

Comments:

### IV. Handler Protection

| | Good | OK | N/I |
|---|---|---|---|
| I. Re-call | ☐ | ☐ | ☐ |
| J. Box Search | ☐ | ☐ | ☐ |
| K. Scout | ☐ | ☐ | ☐ |
| L. Building Search | ☐ | ☐ | ☐ |

Comments:

Use reverse side for detailed description
of exercises completed on this date

BEAUTON - 0310

EXHIBIT 4



# Dept of Emergency Services and Public Protection

Certifies that

## Tpr. Mike Beauton & K9 Nero

has successfully completed the prescribed course of instruction for

### Patrol Dog Training Course

and is awarded this

### Certificate of Training .

Given on December 12, 2013

Sgt. James Kodzis
Supervisor Canine Unit

TFC Kevin Eklund
Lead Instructor

Capt. William Kewer
Deputy Commanding Officer ESU

BEAUTON - 0162

# New England State Police Administrators Conference



*The Connecticut State Police Canine Unit Certifies That*

## Tpr. Mike Beauton & K9 Nero

*are Graduates of the*

## The 164th Patrol Dog Canine Class

*IN WITNESS WHEREOF, and by authority vested in us, we confer this*

## Certificate

*Given by the Connecticut State Police Canine Unit, Emergency Services Unit, on this day December 12th, 2013*

Sgt. James Kodzis
Certifying NESPAC Instructor

Tfc. Kevin Eklund
Certifying NESPAC Instructor

Tfc. Stewall Burnham
Certifying NESPAC Instructor

Tfc. Mark Defeo
Certifying NESPAC Instructor

BEAUTON - 0163



NESPAC CERTIFICATION
PATROL DOG

NAME: MIKE BEAUTON                     DATE: 11/14/13

CANINE: NERO

DEPARTMENT: CSP G

|  | PASS | FAIL |
|---|---|---|
| *OBEDIENCE* | | |
| FIGURE "7" | ✓ | |
| DISTANCE OBEDIENCE | ✓ | |
| COMPASS DRILL | ✓ | |
| DOWN/STAY (5) MINUTE | ✓ | |
| EVIDENCE RECOVERY | ✓ | |
| TRACKING/TRAILING | ✓ | |

TRAINER(S) NAME: EKLUND                ID#(S) 395
(NESPAC INSTRUCTOR/EVALUATOR)

SIGNATURE: Tr. K. Elull

BEAUTON - 0164

*NESPAC CERTIFICATION*
*PATROL DOG*



NAME: MIKE BEAUTON          DATE: 11/21/13

CANINE: NERO

DEPARTMENT: CSP 6

|  | PASS | FAIL |
|---|---|---|
| Obedience — Figure 7 | ✓ | ___ |
| Distance | ✓ | ___ |
| Down/Stay | ✓ | ___ |
| Tactical Obedience | ✓ | ___ |
| Agility/Obstacles | ✓ | ___ |
| Aggression | ✓ | ___ |
| Phase 1 Turn on w/o Agitation | ✓ | ___ |
| Phase 2 Handler Protection | ✓ | ___ |
| Phase 3 Apprehension/Chase | ✓ | ___ |
| Phase 4 Apprehension thru crowd | ✓ | ___ |
| Phase 5 Apprehension from MV | ✓ | ___ |
| Phase 6 Recall Exercise | ✓ | ___ |
| Pat-down Frisk | ✓ | ___ |
| Pat-down Frisk/re-apprehension | ✓ | ___ |
| Gunfire | ✓ | ___ |
| Building Search | ✓ | ___ |
| Area Search/Scout/Air-Scent | ✓ | ___ |

TRAINER NAME: EKLUND          ID# 355
(NESPAC INSTRUCTOR/EVALUATOR)

SIGNATURE: TR X EKLUND

BEAUTON - 0165

# EXHIBIT 5



NEW ENGLAND STATE POLICE
ADMINISTRATORS CONFERENCE

N.E.S.P.A.C.

CANINE CERTIFICATION STANDARDS

| Subject:  K-9 Handlers Teams and K-9 Team Trainers | **Number:** NESPAC 1 |
|---|---|
| Effective Date: | Rescinds:  08/29/2012 |
| Reference:  NESPAC Standards Police Service Dog Related | |
| Distribution:   All NESPAC Participating states certified K-9 handlers | Review Date: 06/20/13 |
| Standards: Patrol and Detector | |

## PURPOSE

The purpose of this policy is to establish procedures for NESPAC K-9 Handler Teams to follow for Certification Standards, as they relate to Field Certification Tests and written exams for initial Patrol K-9 Team and Detector K-9 Team certification. This policy will also address the criteria for meeting NESPAC K9 Trainer and Assistant Trainer status. This document represents the minimum requirements needed to meet NESPAC standards. This does not preclude participating agencies from applying more stringent requirements or receiving additional training.

## POLICY

It is the policy of NESPAC to establish guidelines for Patrol K-9 Team Field Certification Tests and written exams for initial Patrol K-9 Team certification.  It is also the policy of NESPAC to establish guidelines for Detector K-9 Team Field Certification Tests and written exams for initial Detector K-9 Team certification, to include the following Detector K-9 areas:  Drugs, Accelerants, Human Remains Detection, Explosives, Articles, Man Trailing, and other disciplines as designated by the NESPAC Trainers Board.

BEAUTON - 0385

## PROCEDURE – K-9 Trainers Board

The NESPAC K9 Trainers Board shall consist of the most senior and or highest ranking participating canine member(s) or their designees within the individual NESPAC state. The Trainers Board shall meet quarterly or whenever necessary to review the Patrol and Detector K-9 Team specifications as outlined in these standards. Specifically, the K-9 Trainers Board will:

A.  Review all the field certification tests and written exams for each K-9 discipline (patrol and detector) and make recommendations and changes as necessary.
B.  Review the K-9 team certification requirements and make recommendations and changes as necessary.
C.  Review and make changes to the patrol or detector K-9 team programs as necessary.
D.  Review and discuss all trainer applicant packets submitted by the Principal Trainer(s), then vote on same.
E.  *Any and all changes must receive a majority vote by the K-9 Trainers Board to be enacted.*
F.  Hold quarterly meetings with participating NESPAC states.
G   Provide all updated changes to any and all NESPAC standards and tests.

## PROCEDURE-NESPAC K-9 Training Records

The NESPAC K-9 "Principal Trainer" for each state shall:

Keep their copy of all:
- approved trainers and assistant trainers
- applicant packets that they submit to the K-9 Trainers Board for review
- trainer and assistant trainer certificates for their state
- assure that the original signed certificates are issued to the newly appointed trainers or assistant trainers
- all trainer and assistant trainer certificates shall be signed by the Principal Trainer of that state and co signed by a Principal Trainer of another state

BEAUTON - 0386

## PROCEDURE – NESPAC K-9 Training Courses

A. PATROL: NESPAC Training Course (school) shall consist of a minimum of 400 hours for a patrol team and 320 hour for a returning handler with new dog.

B. NARCOTICS: NESPAC Training Course (school) shall consist of a minimum of 240 hours minimum for a narcotics team and 160 hours minimum for a returning handler with new dog.

C. EXPLOSIVES: NESPAC Training Course (school) shall consist of a minimum of 320 hours minimum for an explosive detector dog team and 240 hours minimum for a returning handler with a new dog.

D. LAND CADAVER: NESPAC Training Course (school) shall consist of a minimum of 160 hours for a cadaver detector dog team or a returning handler.

E. WATER SEARCH: NESPAC Training Course (school) shall consist of a minimum of 40 hours for a water/cadaver detector dog team or a returning handler.

F. ACCELERANT: NESPAC Training Course (school) shall consist of a minimum of 160 hours for an accelerant detector dog team or a returning handler.

G. MAN TRAILING: NESPAC Training Course (school) shall consist of a minimum of 160 hours for a trailing dog team or a returning handler.

H. WILDERNESS SEARCH: NESPAC Training Course (school) shall consist of a minimum of 160 hours for a wilderness search dog team or a retuning handler.

## PROCEDURE-NESPAC K-9 in Service Training

After a year of initial K-9 team certification, (patrol or detector), the K-9 team must re-certify annually by completing a field certification test.

Once the K-9 Team is certified, that team must complete monthly K-9 in-service training. The K-9 team in-service training shall be completed on the respective states appropriate reporting forms. See document NESPAC 1A.

**PROCEDURE – Patrol K-9 Team Written Exam**

    A.    After successful completion of a NESPAC K-9 Trainers Board approved Patrol K-9 team training course, the Patrol K-9 Handler must successfully complete a written exam on Patrol K-9 team related topics.

**PROCEDURE – Detector K-9 Team Field Certification & K-9 In-service Training**

    A.    After successful completion of a NESPAC Detector K-9 team training course, the Detector K-9 team must successfully complete a field certification test in each area the Detector K-9 team is certified in, as outlined in the below Appendices of this policy.

    B.    After a year of initial Detector K-9 team certification, the Detector K-9 Team must recertify annually by completing a field certification test in each area the Detector K-9 team is certified in, as outlined in Appendices of this policy.

        1.  Drug Detector K-9 team field certification test shall be outlined in Appendix 2 of this policy.

        2.  Accelerant Detector K-9 team field certification test shall be outlined in Appendix 3 of this policy.

        3.  S.A.R. and Recovery Detector K-9 team field certification test shall be outlined in Appendix 4 of this policy.

        4.  Explosive Detector K-9 team field certification test shall be outlined in Appendix 5 of this policy.

        5.  Article Detector K-9 team field certification test shall be outlined in Appendix 6 of this policy.

        6.  Tracking (Man Trailing) Detector K-9 Team field certification test shall be outlined in Appendix 7 of this policy.

        7.  NESPAC K9 Trainer and Assistant K9 trainer certification requirements shall be outlined in Appendix 8 of this policy.

    C.    Once the Detector K-9 team is certified, the Detector K-9 team must complete monthly Detector K-9 in-service training.  The Detector K-9

BEAUTON - 0388

teams monthly in-service training records shall be completed on the individual States' appropriate reporting forms.

## PROCEDURE – Detector K-9 Team Written Exams

A.  After successful completion of a NESPAC approved Detector K-9 team training course, the Detector K-9 Handler must successfully complete a written exam on Detector K-9 Team related topics.

## PROCEDURE – General K-9 Team Field Certification Test Information

A.  The following information is the NESPAC standards related to Police Service Dogs as revised at the NESPAC Canine Trainer's meeting on August 29, 2012.  These standards are the minimum requirements for certification in each of the following areas:
    1) Patrol Dog Team
    2) Explosive Detection Dog Team
    3) Narcotic Detection Dog Team
    4) Human Remains Detection Dog Team
    5) Tracking (Man Trailing) Dog Team
    6) Accelerant Detection Dog Team
    7) Water Search Dog Team
    8) Urban Light Disaster Search Dog Team
    9) Urban Light Disaster Cadaver Search Dog Team
    10) Wilderness Search Dog Team

It should be noted that these standards are the minimum requirement for certification. All of these tasks should be included in courses of basic instruction and regular training.  However it is important that all agencies continue to incorporate, in their training, terrain types specific to their locale, drills consistent with regional criminal activity patterns, and any problem areas encountered in actual deployments.  It is also incumbent upon trainers to inform handlers that it is impossible to include all aspects of dog handling in certification standards.  There are many areas covered in training that are not requirements for certification, however they must be documented in training records. These facts must be recorded to protect against civil liability, and to win convictions in criminal cases. As always it is imperative that all handlers realize the

importance of keeping complete, detailed and accurate training records.

It is also important that any handler entering into training or testing under NESPAC guidelines should be aware that they are continuously being evaluated as handlers or potential handlers. Trainers and evaluators are always watchful for the characteristics and qualities inherent to being a productive dog handler. The areas being evaluated include, but are not limited to:

1) Praise and motivation. The importance of rewarding a working dog for any task completed properly, no matter how small, cannot be overstated. Trainers are always watchful to see that a handler is providing his dog with timely positive reinforcement. Handlers will be judged on their ability to motivate their dogs to complete aggression work, narcotic work, or to fetch a stick. Handlers must be aware that an unmotivated dog is a handler problem, not a dog problem.

2) Handler Control. The handler's ability to control his dog is another area that is continuously being evaluated. This is especially of concern with patrol dogs. During all phases of training, and more importantly testing, trainers are monitoring the handler's control over the dog. In testing, the dog must obey *every command given*, whether or not it is a written requirement of the standard. If the dog is told to sit, after completing an A-frame obstacle, it must sit. Dogs will be graded poorly for disobeying commands, and handlers will be graded poorly for not requiring the dog to comply with commands.

3) Humane Treatment. Handlers should be aware of how important humane treatment of working dogs is to trainers, both on personal and professional levels. Inhumane treatment of dogs, to any degree will not be tolerated. This shall cover the spectrum from physical abuse, to lack of proper upkeep and maintenance of an assigned dog. Trainers will ensure that handlers do not cross the line between correction and cruelty. They will also see to it that dogs are properly groomed, free

BEAUTON - 0390

from parasites, and maintained at a level of health needed to function as a working dog. Dogs will always be provided with fresh drinking water, a proper diet, and protection from unnecessary exposure to extreme elements.

4) <u>Ability to Read Dog.</u>   Handlers should be aware of the importance of being able to read their dogs consistently. The ability to read the dog will inform the handler when the dog is close to the source of the odor that he is trained to detect, or closing in on an armed felon. A handler should be able to tell that the dog has lost the track, or that there is no burglar in the building. Handlers who can read their dogs can also avoid disaster by realizing the dog senses someone is a threat through misconception. Trainers and evaluators will watch to see if a handler is reading the dog properly in all areas of training/testing.

5) <u>Officer Safety.</u>   One of the main objectives of any law enforcement officer should be to arrive home from work safely each day. Dog handlers are finding themselves in high-risk situations more and more frequently. Properly trained, and safety conscious handlers should be able to provide public safety without exposing themselves or their dogs to unnecessary hazards. Trainers will monitor to see that handlers are utilizing positions of cover, considering tactics, and working with a survival attitude. Officer safety will be judged in all areas of training, from building search, to tracking, to searches of cars on motor vehicle stops.

These factors will always be under scrutiny. When deficiencies become obvious, handlers will be counseled, and remedial training provided. If deficiencies are flagrant, or habitual, they will be documented and kept with evaluations from annual certification tests. Long term problems that are not remedied could be cause to evaluate a dog or handlers fitness for duty.

Consideration of all of these factors is in the best interest of the dogs, of the handlers, and of the dogs and handlers as teams. It is also in the best interest of individual agency programs, the NESPAC organization, and police dog

BEAUTON - 0391

handlers in general, and law enforcement as a whole. Combined with the certification standards outlined here they are the elements required for a successful and productive K9 program.


B.    **Evaluator(s) for NESPAC K-9 Team Field Certification Tests:**

   *DISCIPLINES*: Defined as either patrol or detector work.

1. Initial Certification:
      - May be conducted by a certified New England State Police Administrators Conference (NESPAC) Trainer in the disciplines of either patrol or detector work.
2. Evaluator(s):
      - Defined as being a certified NESPAC Trainer.
3. Annual Re-certification:
      - Any New England State Police Administrators Conference (NESPAC) Trainer may conduct re-test certifications for NESPAC canine teams.


C.    Other Information.

   1. Each phase will be graded on a pass/fail basis.
   2. Test phases may be combined at the discretion of the evaluator/trainer.
   3. The evaluator(s) may allow a K-9 team to repeat a phase or exercise if the evaluator(s) feels that the K-9 team did not pass due to circumstances beyond the K-9 team's control. If the team fails a second attempt, the team fails that component of the field test. A retest shall be given on a separate calendar day.
   4. No electronic stimulation will be used at NESPAC K-9 Team Field Certification Tests.
   5. Pseudo-training aids shall not be used during any Detector K-9 field Certification Test.

BEAUTON - 0392

D.    Appeal Process

1. Initial appeal shall be made to the lead K-9 Team Trainer conducting the Field Certification Tests.

2. If a resolution is not reached, the K-9 handler may put forth his/her appeal outlining very specific details to the NESPAC K-9 Trainers Board.

3. This written appeal to the NESPAC K-9 Trainer Board must be with the written permission of the Chief Law Enforcement Officer of the K-9 Handler's agency.

4. The NESPAC K-9 Trainer Board may render a decision and cause to the have the K-9 team to repeat the particular K-9 Team Field Certification Test.

5. The NESPAC K-9 Trainers Board will make a final decision after Step 4.

**Approved by:** _____

NESPAC Canine Coordinator        Date

BEAUTON - 0393

**Appendix 1**

**Patrol K-9 Team Field Certification Tests**

**Note: Patrol K9 Team field tests may be combined at the discretion of the evaluator.**

A.  Obedience

 1.   Each dog team shall perform an exercise that will include both hand and voice commands by the handler.  This exercise shall be done on and off leash.  It shall be done off leash at a distance of 50 yards and will consist of the sit, down, come, and  stay commands.

 2.   The heeling phase will be done both on and off leash, and will include two right turns, two left turns, and two about face turns.  This will include a slow, normal, and fast pace.

 3.   *(Note:  Exercises described as a "Three Sided Box" and/or "Figure Seven" which incorporate the above actions are acceptable for this area).*

 4.  Sit / Down – Stay.  The patrol dog will be placed in a sit or down stay position.

 5.  The handler will then move away a distance of 25 yards, for at least five minutes, while the patrol dog maintains the stay position. The handler will remain in view of  the K-9.

 6.  Teams must remain under control and successfully perform the exercises to pass.

B.  Agility / Obstacles

 1.  Each team must accomplish the following:
   a)  scale a wall or A-frame
   b)  a culvert, pipe or tunnel
   c)  a catwalk, plank, or log walk
   d)  a car door or over a hurdle
   e)  lift and carry the K-9 for a distance of 10 yards

 2. The agility exercise may be executed either on or off leash.

 3. The K-9 Team must successfully complete all the agility obstacles.

For purposes of annual recertification, the above agility requirements will be at the discretion of the evaluator.

BEAUTON - 0394

C.  Tactical Obedience

This test will help determine if the patrol dog team can move in a tactical manner, from position of cover to position of cover, in a simulated combat situation.
This test will be evaluated on a pass / fail basis.

The test will be conducted on a course of approximately 50 yards in length.  It will consist of six stations, approximately 50 feet apart, placed in a zigzag configuration from the start of the course, to the end.

| 1 | | 3 | | 5 | |
|---|---|---|---|---|---|
| S | | | | | |
| T | | | | | E |
| A | | | | | N |
| R | | | | | D |
| T | | | | | |
| | 2 | | 4 | | 6 |

Whenever possible the stations should consist of items of cover that the patrol dog teams would encounter while on patrol, and should be of varying shapes and sizes.

At a minimum of at least three stations the handler is required to leave the canine in a down stay position, and move alone in a tactical manner to the next position of cover.  Once in a position of cover the handler should recall the canine directly to the heel.

If the handler moves from any station with the canine, the canine should move at a tight heel.  The team should move in a tactical manner.
If at any time the canine strays from the handler, the handler should be sure not to compromise the position of cover.

While negotiating the test, the handler will be exposed to blank gunfire from a decoy.  The handler will be required to return blank gunfire from behind cover.  During exchanges of gunfire the canine shall remain under control and alert, awaiting direction from the handler.

D. Article Search / Evidence Recovery

BEAUTON - 0395

1. The K-9 Team will search an outdoor area no less than fifty (50) by Fifty (50) yards covered with vegetation sufficient to conceal the articles. Three (3) articles of different material shall be utilized in the search. The K-9 Team may search on or off lead.
2. Articles may be leather, canvas, nylon, plastic, cloth or metal or other material.
3. The handler will be directed to an area in which articles have been placed. The canine must be properly set up and worked.
4. The K-9 must indicate the location of the articles in a clearly decisive manner.
5. All three (3) articles must be located by the K-9 Team in a reasonable amount of time as determined by the evaluator(s).
6. The Team fails this component of the trial if the K-9 urinates or defecates in the search area. The Team shall be given a retest in a separate area.

E. Tracking
   1. If necessary, K-9 Teams must be able to track with the field trial evaluator(s) following the K-9 Team.
   2. Tracks may be started by casting or by using a scent article.
   3. The evaluator(s) will direct the K-9 Team to the approximate area where the track starts.
   4. Tracking Exercise
      a. The track will be a minimum of one half (1/2) mile long and must contain at least two (2) changes of direction.
      b. The track will be aged a minimum of thirty (30) minutes.
      c. The track will cover at least three (3) different terrains or surface types, including but not limited to: field, woods, thicket, hard pack surface, cement, asphalt, or areas of water.
      d. The track will encounter at least one (1) cross trial.
      e. The track must be completed in a reasonable time as determined by the evaluator(s).
      f. The K-9 Team must locate the tracklayer by following the track (ground) scent for the majority of the track and indicate the tracklayer.

G. Building Search
   1. The K-9 Team will be utilized to search a building for one (1) or
more

persons. The building to be searched must have at least four (4) rooms and suitable places for hiding persons.

2. At least one (1) subject will wear no protective equipment and be placed so the K-9 cannot make contact with him or her.
3. If more than one person is used, one person shall be hidden high.
4. The search shall be conducted off lead.
5. The Handler shall make a warning announcement before beginning the search. (Robinette v. Barnes )
6. The handler should allow the canine reasonable amount of time to acclimate to the building environment.
7. The K-9 must indicate the presence of the subject(s) in a manner that is clear to the evaluator(s).
8. The search must be completed in a reasonable time as determined by the evaluator(s).

H. Criminal Apprehension and Handler Protection

1. A person experienced in the apprehension training of K-9s will be utilized as the "suspect" or decoy for the apprehension test.
2. The suspect will have on protective equipment that is hidden by an outer garment, or that simulates street clothing to look relatively normal while still providing adequate protection from the K-9's bites.

3. # 4 through # 9 may be combines into a scenario exercise to test the teams' ability.

4. Handler Control Exercise

This will consist of the K-9 being placed in a heel position on lead at the Handler's side. The suspect will stand at a distance of ten (10) to twenty (20) feet in front of the K-9 Team. Upon command and without agitation from the suspect, the K-9 will exhibit aggression towards the suspect. The K-9 will then be commanded to return to the heel position and demonstrate tolerance to the suspect.

5. Handler Protection Exercise

This will start with the K-9 in the heel position on lead. The suspect will suddenly show aggression towards the K-9 Team while moving to make contact with the handler. Upon command, the patrol dog is to

BEAUTON - 0397

intercept the aggressor and bit and hold him.  When the evaluator(s) indicate(s) the bite is adequate, the Handler will command the K-9 to release. The canine must release the suspect and remain under the control of the handler.

6.  Short Chase Apprehension Exercise

This will start with the K-9 off lead in the heel position.  The suspect will start at a distance of at least twenty (20) yards and run away from the K-9 Team in any direction up to a distance of fifty (50) yards.

The K-9 will not move until commanded to apprehend the suspect. Upon command the canine will be sent to apprehend the suspect. When the field trial evaluator(s) indicates the bite is adequate, the Handler will command the K-9 to release.  The K-9 must release the suspect and remain under the control of the Handler.

7.  Focused Apprehension of a Suspect Exercise
This will start with the K-9 off lead in the heel position.  The suspect will start 10 yards from the K-9 Handler Team and run away for ten (10) yards, and then through a crowd of at least three (3) people who are stationary and showing no aggression.  The members of the group will be five (5) to ten (10) feet apart and staggered, not in a line.  The K-9 will apprehend the suspect without harming anyone in the group. When the field trial evaluator(s) indicates the bite is adequate, the Handler will command the K-9 to release.  The K-9 must release and remain under the control of the Handler.

BEAUTON - 0398

8. Chase From the Patrol Vehicle Apprehension Exercise

This will start with the handler and K-9 in the patrol vehicle. The patrol vehicle will be displaying emergency lights and siren. The suspect will flee on foot from the patrol vehicle. Upon command by the handler the K-9 will exit the patrol vehicle, chase, apprehend and hold the suspect. When the field trial evaluator(s) indicates the bite is adequate, the Handler will command the K-9 to release. The K-9 must release and remain under the control of the Handler.

9. Recall Exercise

The suspect will begin running at a distance of approximately forty (40) yards from the K-9 Team. The evaluator(s) will tell the Handler when to send the K-9. Upon command of the Handler, the K-9 will be sent to apprehend the suspect. The K-9 will not leave until commanded to go by the Handler. The suspect will either continue running or stop and surrender when he or she hears the Handler's command. When the evaluator(s) indicates, the Handler will recall the K-9 to terminate the pursuit and stop the K-9 from apprehending the suspect. The K-9 must not bite the suspect and must return to the handler or assume a down or sit watch position.

10. During any of the phases of aggression control testing, the "Prisoner Search/Handler Protection Exercise" will be conducted after the K-9 releases. After the K-9 releases the suspect, the K-9 will be commanded to maintain a sit or down watch position as the Handler approaches the suspect and conducts a pat-down search of the suspect. During one (1) of the pat-down searches, the suspect will assault the Handler. Without command from the Handler, the K-9 must pursue and apprehend the suspect. When the evaluator(s) indicates the bite is adequate, the Handler will command the K-9 to release. The K-9 must release and remain under the control of the Handler.

In at least one of the phases of aggression control testing, the patrol dog will be required to make an apprehension of a suspect while being exposed to blank gunfire from the suspect of the apprehension.

BEAUTON - 0399

Following the handler assault a subsequent pat-down search will be conducted. During this search the K9 will not display any unwarranted aggression toward the suspect.

11. To pass the Apprehension Phase, the Team must show control and effectively apprehend the suspect. The K-9 must respond to verbal commands to let go of the suspect and remain under the Handler's verbal control.

## Appendix 2
### Narcotic Detector K-9 Team Field Certification Test

A.    General Rules

1. All K-9's are to be tested in all basic odors. The basic odors to be tested are: Marijuana, Cocaine, Heroin, Methamphetamine and their derivatives.
2. NESPAC in general recognizes that periodic changes will be made to the basic odor(s) list. These changes will be made to include those controlled substances that become necessary as time dictates.
3. No less then one (1) gram of the narcotic material be utilized per search. The maximum weight of narcotic material shall be unlimited.
4. In each area searched, discriminating odors will be placed so as to test the K-9s discrimination abilities.
5. Five (5) areas will be allowed for testing. The areas will be selected by availability. A minimum of four (4) areas are to be used. The five (5) areas to choose from will be Buildings (Indoor), Open areas, Vehicles, Baggage/Parcels, Mass Transit.
6. All aids will be placed thirty (30) minutes prior to the start of testing.
7. A maximum of 20 minutes will be allowed for each phase of testing.
8. The aids will be placed so that the K-9 cannot retrieve them.
9. Handlers will not open any closed drawers, doors, or containers, etc.
10. All tests will be conducted on a pass/fail basis.
11. For certification purposes, the K-9 Team cannot miss more than one (1) aid in all phases of testing. A false indication constitutes a miss.
12. In the event a team fails an area of testing, a retest shall be given at the discretion of the evaluator.

B.    Odor Recognition Test
    1. A basic odor recognition test shall be given at the beginning of the field trial. This test shall be administered by the evaluator. It may consist of the use of a daisy wheel, blocks etc.

C.    Building Search
    1. Will consist of a minimum of four (4) rooms and a maximum of six (6) rooms. Each room should have some type of furniture in it.
    2. All odors shall be tested during this phase.
    3. At least one (1) room should contain no aids.
    4. At least one (1) room shall contain two (2) aids.
    5. All aids will be placed between ground level and a height of eight (8) feet.
    6. At least one (1) aid must be placed high.

D.    Open Area Search
    1. The area shall consist of any outdoor area.
    2. Aids may be placed anywhere from a maximum of one (1) foot below surface level, to a maximum of eight (8) feet above surface level.
    3. The area to be searched will be a minimum of fifty (50) yards by fifty (50) yards, to a maximum of one hundred (100) yards by one hundred (100) yards.
    4. The aids must be placed so that they are not visible to either the handler or K9.

E.    Vehicle Search
    1. Will consist of a minimum of four (4) vehicles and a maximum of ten (10) vehicles.
    2. All odors shall be tested during this phase.
    3. The vehicles may consist of any type or model including commercial vehicles.
    4. The vehicles will be positioned so as to allow the K-9 Team to have access to each vehicle.
    5. At least one (1) vehicle must contain no aids.
    6. One (1) vehicle must contain more than one (1) aid.
    7. One (1) aid must be placed inside a closed engine compartment.

F.    Baggage/Parcel Search
    1. A minimum of ten (10) items to a maximum of fifteen (15) items will be searched.

BEAUTON - 0401

2.  Baggage / parcel shall be defined as, but is not limited to: hard and soft shelled suitcases, attaché/brief cases, clothes bags, carry-on luggage/hand bags, golf bags, ski bags, sea/duffel bags, rolled mail, manila envelopes or shipping/cardboard cartons.
3.  Aids will be placed inside the items to be searched.

G.  Mass Transit Search

If Mass transit vehicles are to be searched by narcotic detection dogs, the following will apply.

1.  The aids must be placed so that they are not visible to either the handler or K9.
2.  The search will consist of the entire vehicle including all accessible interior and exterior areas.
3.  At least one (1) aid must be placed inside or on the vehicle.

### Appendix 3
### Accelerant Detector K-9 Team Field Certification Test

A.  General Rules

1.  This field certification test is designed to test the handler's knowledge of proper search procedures and the ability to properly read his/her K-9. It also tests the K-9 Teams ability to properly indicate on accelerant odors in several areas.
2.  The field certification test consists of three (3) phases, all of which must be passed:
    a.  Handler knowledge/procedure.
    b.  Practical search exercises consisting of a fire scene search, an indoor room search and a person/article search. If possible, a perimeter/outside area search may also be conducted.
    c.  Blind test.
3.  All aids will be placed thirty (30) minutes prior to testing.
4.  A reasonable amount of time, as determined by the evaluator(s) will be allowed for each phase of testing.
5.  The handler will have the option of conducting the search on or off lead.
6.  Two (2) to five (5) drops of accelerant will be used as a training aid.
7.  During the search phase, the K-9 Team must correctly locate three (3) of the four (4) hides to pass.
7.  During the blind test phase, the K-9 Team must properly identify all the cans with accelerant and not identify any cans without accelerant.

B.  Handler Procedures

   1.  Handler must meet with evaluator(s) and assess the fire scene.
   2.  Handler must check the search area for safety concerns.  Handler must identify what the safety hazards are if any.
   3.  All K-9's must be allowed to acclimate to the scene prior to searching.
   4.  All K-9's must be deployed in a free search and then a detailed search.

C.  Fire Scene Search
   1.  The test should consist of two (2) search areas.
   2.  One (1) aid will be placed in one of the areas and the other will contain no aids.
   3.  The search areas must have a degree of fire damage.
   4.  Each search area must be a minimum of ten (10) feet by ten (10) feet.

D.  Indoor Search Area
   1.  The indoor search area will consist of a room approximately twenty (20) feet by twenty (20) feet with furniture located in the room.
   2.  One (1) aid will be placed at any height within two (2) feet of the floor.

E.  Crowd Search / Article Search

   1.  This test will consist of either six (6) persons standing in a crowd scene or six (6) articles of clothing laying on the ground or floor.
   2.  One (1) persons clothing or one (1) article of clothing placed on the

F.  Perimeter / Outside Area Search

   1.  The search area will be a minimum of thirty (30) feet by thirty (30) feet, consisting of tall grass, weeds or brush.
   2.  Three (3) empty gallon containers will be placed in different locations within the search area.
   3.  One (1) of the containers will be contaminated with a liquid accelerant.

G. Blind Test - General

    1. One of the most important ways to evaluate the K-9 Team's ability is through the

        use of blind testing. This test should be set up and administered by a laboratory.

    2. The test samples can be prepared as follows:

        a. A set of four (4) cans will be prepared for each team.

        b. Each set contains similar burned samples. For example, one (1) set may
           contain burned carpet, one (1) set may contain burned plastics, one (1) set
           may contain burned foam rubber, etc.

        c. The samples are burned, placed in the can and the can covered
           to extinguish the flame.

        d. After cooling, a two (2) drop quantity of 50% evaporated gasoline is
           placed on the burned sample in one or more cans of a set. All
           cans should then be covered. One (1) can should always be left
           without any samples containing an accelerant, in order to test
           the K-9's false positive rate.

        e. **Note:** A sample should <u>never</u> be prepared by placing accelerant on the
           sample material and then burning.

        f. There may be one (1), two (2) or <u>no</u> cans in each set with an
        accelerant.

H. Blind Test – Administering the Test

    1. Each K-9 Team and set of cans must be run separately. (Four (4) cans marked A,
        B, C, and D per set).

    2. The cans must be placed on the ground with sufficient spacing so that
        no odor overlap occurs. When changing sets, new cans must not occupy the same
        location where residual accelerant vapor may be present.

    3. The results are provided on charts provided by the laboratory.

    4. Each can should be re-sealed and stored in the event that retesting by the lab is
        necessary.

    5. After administering the test, the evaluator(s) must call the chemist to
        confirm the test results.

6. If a K-9 Team fails the test, a second test on the same set of cans may be attempted by the K-9 Team after a twenty (20) minute wait. Any subsequent tests must be administered with a different set of cans.

## Appendix 4
## Search and Rescue Standards

### Human Remains Detector K-9 Team Field Certification Test

**Purpose:**

To establish a minimum level of proficiency and reliability for dogs used in the *detection* of human remains or parts thereof.

A. General Rules:
  1. The evaluation will consist of a two (2) acre outside area search.
  2. All K-9 teams shall demonstrate their proficiency in the search techniques used to locate:
     - Human bodies
     - Parts of bodies
     - Body decomposition fluids
     - Human blood

The scent source(s) may include:
  - samples from a grave
  - aged human blood
  - human tissue or other suitable sources.
  - Pseudo scent sources shall not be used for testing.

B. The scent source(s) shall be placed:
  - either above ground, (no higher than six (6) feet).
  - on the surface
  - buried no deeper than 12 inches below the surface.
  - scent sources shall be concealed so as not to be visible to the dog or handler.
  - the burial site shall be camouflaged so visible ground disturbance is minimal.

BEAUTON - 0405

Scent source amounts and preparation:

- A reasonable amount of scent source material shall be used for all testing as determined by the evaluator.
- The source should be packaged in a container to prevent the dog from making contact with it.
- Skeletal remains which do not contain skin or tissue shall not be used for testing.

C. Outside Area Search:

- The search will be conducted in a minimum size area of approximately two (2) acres or 418' feet by 418' feet however the area does not have to be rectangular or square.
- The area shall have moderate vegetation.
- The team will be allowed a maximum of (1) hour to conduct the search.
- There shall be a minimum of one (1) and a maximum of two (2) training aids used for the outside area search test.
- If two (2) scent sources are used, one (1) shall be placed above surface and concealed so as not to be visible to the dog or handler.
- The training aid(s) shall be placed in the test area a minimum of twelve (12) hours prior to the start of the test.
- There shall be a minimum of three holes dug to ensure the dog does not alert on earth disturbance.
- Animal remains may be on the surface to act as a distraction.

Evaluation:

All proficiency testing shall be done on a pass/fail basis. For certification, the team must pass the following:

- Team must locate all aids placed for testing.
- Handler is able to articulate the dog's alert.
- Handler must describe the search plan and be able to justify the plan, if necessary.
- Handler must be able to control the dog and conduct a thorough search.
- Handler must recognize the dog's alert and advise the evaluator when a source has been located.
- *Handler must notify the evaluator of the trained alert behavior prior to the search and the dog must offer the trained alert behavior at the scent source.*

BEAUTON - 0406

The team fails the test if the handler calls an alert on anything other than human remains. An example would be (**animal remains or ground disturbance**).

**NOTE:** Certification is valid for one year upon receiving a **PASS** evaluation.

## Obedience and Agility

The purpose of this testing is to ensure that the canine handler has reasonable control of their canine to perform search and rescue/recovery functions. The canine and handler must pass this evaluation prior to testing in any of the NESPAC basic search disciplines. This test is not required for any of the advanced NESPAC search disciplines.

Heeling phase: The heeling will be done either on or off leash and will include two (2) right turns, two (2) left turns and two (2) about face turns. This will include a slow, normal and fast pace. The order of events is up to the NESPAC evaluator.

Sit/down/-stay: The K-9 will be placed in a sit or down stay position off lead. The handler will then move away a distance of 25 yards while the K-9 remains in the stay position. The handler will remain in view of the K-9 for a total of five (5) minutes. If the K-9 moves more than one body length from the stay position, that K-9 will be removed from the test.

**Agility/Obstacles:** **Each K-9 team must successfully complete all the below agility obstacles:**

The agility exercise may be administered either on or off leash.

- The K-9 will scale a wall or A-frame.
- The K-9 will maneuver through a tunnel or passageway, which extends a minimum of (6) six feet. The K-9 should fit through the tunnel without crawling.
- The K-9 will walk over a 2" x 12" x 8' board suspended between two platforms at least 24" but no more than 36" high off the ground without falling.
- The handler will lift and carry the K-9 for a distance of ten (10) yards.

## Human Remains Crime Scene Detector K-9 Team Field Certification Test

Purpose:

To establish a level of proficiency and reliability for dogs in the detection of human remains or parts thereof, in a variety of different scenarios.

### A. General Rules

The evaluation will consist of four (4) parts to which **one** will be a *negative area*.

- Crime scene search or disarticulated human remains search
- Vehicle search
- Building/structure search
- Fire scene search

All canine teams shall demonstrate their proficiency in the search techniques used to locate:

- Human bodies
- Parts of bodies
- Body decomposition fluids
- Aged human blood

The scent source(s) used may be:

- Human tissue
- Burnt/charred human tissue
- Soil samples from grave
- Aged human blood
- Articles tainted with blood or decomposing bodily fluids *(use in crime scene search area as an above surface hide only)*

- o Skeletal remains *(use in crime scene search area as an above surface hide only)*

- o Other suitable scent source as determined by the NESPAC Trainer/Evaluator

- o Pseudo scent sources shall not be used for testing

- o All buried scent sources shall be placed no deeper than twelve (12) inches below the surface and hanging sources no higher than six (6) feet above the surface.

Scent source amounts and preparation:

- o Scent source amounts will vary depending on the search scenario chosen by the NESPAC evaluator.

- o The scent source(s) should be packaged in a container to prevent the dog from making contact with it.

All proficiency testing shall be done on a pass/fail basis. For certification, the team must pass the following:

- Team must locate all aids placed for testing.

- Handler is able to articulate the K-9's trained alert behavior prior to the search.

- Handler must describe the search plan and be able to justify the plan, if necessary.

- Handler must be able to control the dog and conduct a thorough search.

- Handler must recognize the dog's alert and advise the evaluator when a source has been located.

- The K-9 must demonstrate the trained alert behavior as close to the scent source as possible.

- The team fails the test if the handler ***calls*** an alert on anything other than human remains. An example would be (**animal remains or ground disturbance).**

**Vehicle Search:**

A minimum of five (5) vehicles will be used.

o K-9 Teams must have access to all the vehicles.

o A minimum of zero (0) scent source and a maximum of two (2) scent sources will be placed for the canine team to locate.

o No two (2)-scent sources will be placed on the same vehicle.

o If two scent sources are used, one shall be placed in the interior and one shall be placed on the exterior of the vehicles.

o The scent sources shall be placed so the K-9's cannot retrieve them.

o All scent sources shall be placed a minimum of two (2) hours prior to testing.

o The vehicles shall be parked at a minimum of eight feet apart to minimize cross contamination from the vehicle(s) containing the scent sources.

o A reasonable amount of time will be allowed for the vehicle search and will be at the discretion of the NESPAC evaluator.

**Fire Scene:**

o A minimum size area of 100 square feet will be used.

o A minimum of zero (0) scent source and a maximum of two (2) scent sources will be placed for the K-9 team to locate.

o Scent sources shall consist of burnt human remains material.

o Scent source(s) shall be placed a minimum of (6) hours prior to the start of the test.

o The K-9 team shall have 15 minutes to conduct this test.

BEAUTON - 0410

**Building/Structure Search:**

- Five rooms shall be used.

- A minimum of zero (0) and a maximum of two (2) scent sources will be placed for the K-9 team to locate.

- If more than one scent source is used, only one shall be placed in each room.

- Scent sources shall be placed or concealed to simulate a crime scene.

- The scent sources shall be placed a minimum of six (6) hours prior to the start of the test.

- Scent sources will be placed no higher than eight (8) feet above the floor.

- The K-9 team shall have 15 minutes to conduct this search.

**Crime Scene Search:**

- The search area shall be conducted in a minimum size area approximately one (1) acre in size or 209' feet x 209' feet.

- The search area shall have moderate vegetation.

- The K-9 team will be allowed a maximum of 30 minutes to conduct the search.

- There shall be a minimum of zero (0) and a maximum of three (3) scent sources used for the test.

- One scent source shall be buried no deeper that 12" inches deep and the remainder will be placed above the surface and concealed so as not to be visible to the dog and handler.

- Animal remains shall be placed above surface in the test area as a distraction.

**NOTE:  Certification is valid for *one* year upon receiving a <u>PASS</u> evaluation.**

BEAUTON - 0411

## Advanced Man Trailing Certification Test

Criteria-

1. Given a scent article, the evaluator will direct the K9 team to the area where the trail starts. The canine/handler team will approach the point last seen in an area that has been contaminated by a two man hasty team and establish a direction of travel of the trail layer. The team must follow that scent trail for a distance of at least one mile and no longer than one and one half miles, thru moderate to difficult terrain, crossing at least one road, one water hazard. The trail shall have a minimum of 4 changes of direction. The team must locate the trail layer in a reasonable amount of time exhibiting handler strategy and search skills. The age of the trail will be no less than six hours old and no older than twelve hours and will be set up at the discretion of the trainer based on climatic conditions. The trail layer shall be concealed at the end of the trail so as not to be in plain view and the canine must identify said trail layer so it is clear to the evaluator that the canine has the correct person.
2. **The handler must advise the evaluator of the location of the victim using mapping/GPS technology.**

## Wilderness/Air scent Field Certification Test:

Criteria-

1. Be able to search an area of 40 acres in moderate to difficult terrain and locate at least one but no more than two subjects who have been in place at least one hour prior to the beginning of the testing.
2. A scent article may be used.
3. The canine must have a trained indication behavior indicating to the handler and evaluator that it has located the victim. This behavior shall be described to the evaluator prior to beginning the test.
4. *The canine team must locate the victim within two hours.* The Master Trainer may extend the time limit based on weather and terrain conditions.
5. The handler must advise the evaluator of the search strategy employed and should change strategy as needed during the test.
6. The handler must advise the evaluator of the location of the victim using mapping/GPS technology.
7. Handler must complete the Basic Air Scent Written Search Test.

BEAUTON - 0412

## Under Water Detection

Criteria-

a. A shoreline test shall be conducted in an area not less than 50' x by 12' feet and not more than 300' x 12' feet along the shore of a river or creek with moving water.
b. The evaluator will provide legally obtained cadaver training material or simulated cadaver chemical for testing.
c. The handler will advise the evaluator what the canine's trained indication behavior is.
d. The canine must offer the trained indication behavior and the handler will mark the location of the "find" with flagging tape perpendicular to the area on shore.
e. The canine should alert within 10 feet down current of the source. However, the evaluator may add distance compensating for wind and current speed.
f. An open water test shall be conducted on a lake in an area not less than 250 feet by 250 feet. The depth of the aid will be determined by the evaluator but in no instance shall be below the thermo cline.
g. The handler will advise the evaluator what the canine's trained indication behavior is on a watercraft.
h. The canine must offer that trained indication behavior and the handler will mark the location of the "find" with a floating buoy.
i. The watercraft will be a rescue type boat, stable and utilized primarily for water rescue. (Jon, Boston Whaler, Zodiac)
j. The distance between the buoy and source material should be no greater than 20 feet. However, the evaluator may add distance compensating for wind.
k. **All canine teams testing to the NESPAC Water Search Test must have previously passed the Cadaver Search Test with that canine.**

## Urban Light Disaster Search (Live Person) Field Certification Test

Criteria –

**Handler**

Must have the appropriate PPE for conducting rubble/collapsed structure searches.

Must be in excellent physical condition and be capable of searching for extended periods of time.

Successfully completed Haz-Mat and Blood borne Pathogens classes.

Emergency First Aid for Working Canines (proof of class attendance)

Decontamination Procedures for Canines (same)

ICS (FEMA on-line course)

FEMA Marking Systems (FEMA on-line course)

The handler shall take the Disaster Search Written Test either before or after field testing at the NESPAC Trainers discretion.

### Canine/Handler Performance Standards

**Ground Rules**

- No training aids (balls, food, toys etc)
- No collars in agility or rubble pile/collapsed structure.
- No prong, choke or electronic collars.
- No food in testing area.
- Handler must maintain continual control of the canine.
- Handler is responsible for care and safety of the canine at all times.
- Safety gear and procedures should be addressed continually.
- Aggression will not be tolerated at any time during the test.

BEAUTON - 0414

**ALERT TESTING: THE BARK ALERT OR REFIND**

Handler Information:

- The team will have 5 minutes to perform this exercise. The marked starting point will be 25 yards from the victim location. The handler will remove the canine's leash before the exercise begins. The canine may be given a hand signal and or voice command to send the canine to the victim location. If the canine does not go directly to the victim location, the handler may use additional commands as necessary to direct the canine to the victim location. The handler may not move from the starting position.

- The handler may direct the canine toward the victim location but once the canine has located the victim's scent, the handler may not communicate with the canine in any way. Once the canine has committed to the victim location, it must remain focused, stay at the victim location and demonstrate an "independent of handler" bark alert behavior (FBILHS) (Focused bark Indicating Live Human Scent) for 30 seconds.

- If the dog is a re-find dog, the dog must return to the handler, offer a trained alert behavior, and then take the handler back to the victim location.

- There will be two official timers. One timer will start timing the exercise as soon as the handler sends the canine. The second timer will time the 30-second alert, starting with the first bark. In the case of a re-find alert the second timer will start timing as soon as the canine has located the victim's scent. When the exercise is over, the handler may praise the dog. The handler then must leave the area and secure the dog.

Suggested Course Construction:

- A victim location will be set up in as isolated an area as the site permits. The location should be made /constructed of a material to give optimum control of scent (example: barrels, concrete, suitable pipe, etc). Ideally, scent should only be detected from the front. There should be a slightly recessed, snug fitting cover with holes at the bottom for scent to escape. This cover may have a handle/grab bar on the inside for the victim to hold or it may be securely taped in place.

- The starting point shall be measured and clearly marked. The distance shall be 25 yards from the starting line to the victim location.

Victim Placement:
- The victim shall be in place for a period of at least 10 minutes before the beginning of the test.

Required Skills:
- Repetitive barking (Focused Bark Indicating Live Human Scent-FBILHS) for 30 seconds.  A minimum of 6 barks may be interspread with digging and attempts to penetrate.) This does not apply to canines trained to a re-find alert.
- The canine stays at the victim location after the indication of scent.  This does not apply to canines trained to a re-find alert.
- The handler does not communicate with the canine after indication of scent.

## AGILITY TESTING

This is a five-minute exercise.

The handler will remove the dog's collar.

The dog must successfully negotiate each obstacle on the course. The dog is only allowed three attempts at each obstacle. The handler may encourage the dog but cannot physically assist the dog or preceded the dog on any of the obstacles.
The following obstacles are mandatory:

1. Ladder Climb
2. Elevated plank walk
3. Moving Plank walk
4. Unsteady, wobbly surface
5. Tunnel
6. Sea saw

1. Ladder Climb:  Minimum 6 feet maximum 8 feet high with flat rungs secured at a 45 degree angle.  **The Little Giant or Gorilla Ladder extending to 8.5 feet and secured at a 45 degree angle is acceptable.**
2. A plank elevated at least 6' feet and no more than 8' feet off the ground (12" wide by 12" long plank is to be stable).
3. Moving plank suspended on two barrels (12' feet long by 12" inches high).
4. 3-foot (approximate height) high unsteady, wobbly surface that may be constructed with saw horses covered with a 4' by 8' sheet of 5/8" plywood. The plywood shall have different debris items placed on top not to exceed 2'

feet in height and constructed to provide access to the dog either by walking up an incline or by jumping no more than 3 feet high.

5. A dark, narrow tunnel or passageway containing at least one right angle turn. The canine should not be able to see through the tunnel to the end. Partial covering of the exit is permitted. The canine should fit into the tunnel without crawling.

6. A see saw approximately 16' feet long by 12" wide placed over a 55 gallon barrel or drum or other suitable design.

Canines should demonstrate control when negotiating the obstacles, i.e. climbing the ladder rather than jumping past the first few rungs.

**The obstacle course may be set up as six separately constructed obstacles or as a combination of obstacles. The course may be administered in any order deemed by the NESPAC Trainer.**

**The handler/dog must have passed the above testing before being allowed to test on the following search scenarios.**

**DISASTER SEARCH FIELD TESTING:**

The disaster search field-testing is made up of three separate searches. The handler and dog must successfully complete all three types in order to pass.

*Rubble Pile Search*

The pile should be at least 2000 square feet area and an average height of ten feet.

This area will be contaminated with distractions that may include:

- People, smoke, animals
- Food
- Running machinery, generators, rescue tools

One victim will be placed at least 20 minutes before the testing. The team will be allowed five minutes to conduct the interview. The handler will remove the collar from the dog and direct the dog to search. The dog will have ten minutes to locate the victim. The dog must indicate on the location of the victim with a sustained bark alert **(minimum 3 barks)** or re-find. The handler may not access the rubble

BEAUTON - 0417

pile. When the handler hears the dog bark or the dog returns to the handler and alerts, he/she shall notify the evaluator of the alert. The evaluator will then instruct the handler to access the pile. The handler must identify the location of the alert. The handler may verbally encourage or praise his dog. The handler will then be instructed to leave the pile with his dog.

The handler must sketch the pile and indicate on the sketch the alert location.

## COLLAPSED STRUCTURE SEARCH:

The search area will include at least five structures, i.e. mobile homes. The dog and handler will have thirty minutes to clear all five structures. There will be at least two and no more than three victims placed at least twenty minutes prior to the start of the testing.

The team will be allowed five minutes to conduct the interview. The handler must communicate his search plan to the evaluator at which time the evaluator will advise the handler when to begin. The canine team must clear all five structures before the test is concluded. The dog must indicate on the victim by giving a sustained bark alert or re-find. When the handler hears the dog bark or the dog returns to the handler and alerts, he must notify the evaluator. The evaluator will then advise the handler to access the structure. The handler must identify the area of the alert. The handler may praise and reward his canine and then should move on to the next search. This process shall continue until the five structures are cleared. The handler may break his canine during this process.

## BUILDING SEARCH:

This search will be conducted in low light conditions.

One victim will be placed in a large building, multi floored, at least twenty minutes prior to the beginning of testing. The handler and dog will have five minutes to locate the victim. "The handler may enter the building and direct the search". The dog must indicate on the location of the victim by a sustained bark alert or re-find. When the handler hears the dog barking identifying live human scent or the dog returns to the handler and alerts, the handler must notify the evaluator. The handler must identify the location of the alert. The handler may praise and reward his canine. Distractions may be used during this search.

## Urban Light Disaster (Cadaver) Search Field Certification Test

Criteria –

Handler
- Must have the appropriate PPE for conducting rubble/collapsed structure searches.

- Must be in excellent physical condition and be capable of searching for extended periods of time.

- Successfully completed Haz-Mat and Blood borne Pathogens classes.

- Emergency First Aid for Working Canines (proof of class attendance)

- Decontamination Procedures for Canines (same)

- ICS (FEMA on-line course)

- FEMA Marking Systems (FEMA on-line course)

- Shall take the Disaster Search Written Test either before or after field testing at the Master Trainers discretion.

### Canine/Handler Performance Standards
Ground Rules

- No training aids (balls, food, toys etc)
- No collars in agility or rubble pile/collapsed structure.
- No prong, choke or electronic collars.
- No food in testing area.
- Handler must maintain continual control of the canine.
- Handler is responsible for care and safety of the canine at all times.
- Safety gear and procedures should be addressed continually.
- Aggression will not be tolerated at any time during the test.

## ALERT TESTING:  CADAVER ODOR RECONITION TEST

**Rationale:**
- The purpose of this station is to ensure that the canine will Independently recognize, and independently indicate, on the odor of human remains.

**Required Handler Skills**
- The handler will describe to the evaluator what the canine's indication will be.

**Required Canine Skills**

For the purposes of this station, an "indication" is defined as a "trained behavior by which the canine remains at the scent source and communicates a find to the handler".  Such indication must be consistent throughout the Certification Testing Process and must be easily recognizable by someone other than the handler (i.e., the evaluator).  Canine must have a trained indication that does not cause damage to the remains and which is consistent with the disaster environment in which the canine is to work.

A bark indication, passive sits or down indication at source is acceptable.  If the dog is a re-find dog, the dog must return to the handler, offer a trained alert behavior, and then take the handler back to the source location.

**Handler Information**
- The handler will remove the canine's collar and start the canine from any area outside the search area.

- The canine must go to the location of the scent source and give the indication specified by the handler. The canine must also preserve the source. If the canine does not go directly to source, the handler may use additional commands, as necessary, to direct the canine to the source location but once the canine engages the source scent (i.e., the canine's behavior indicates to observers that the canine has encountered the scent source and that the canine recognizes the scent), the handler may not talk or signal the canine in any way and the canine must independently perform its trained or reinforced indication.

- The handler must not enter the search area, but may move around the find. The phrase "commits to, and indicates, the find" is defined as performing it's trained indication (as described above) for at least ten (10) seconds for a passive indication or 3 barks for a bark indication. At that time, handler may approach and praise the dog and reward with a toy or food, then leash the canine and quickly leave the area.

- The time allotted for the canine to search for and to independently commit to and indicate the find is 5 minutes.

## Site Setup

- The Master Trainer will approve the site.

- One (1) scent source will be placed in the center of a clear open area that is 25 yards by 25 yards, a minimum of ten (10) minutes prior to the canine working the problem.

- The perimeter of the search area will be clearly marked with cones at the corners, or flagging tape.

- Evaluators must have a clear view of the canine's work.

- There shall be no known distractions placed in the search area.

## Scent Source Placement

- The location of the scent source will be readily visible to both canine and handler, but the scent source itself will be placed in a suitable container with several holes in the cover to aerate the source.

- Scent sources must be in place a minimum of ten (10) minutes.

## Scent Source Material

- Scent source material must consist of at least 15 grams of bone and soft tissue, or soft tissue. Bone only, and pseudo aids are not acceptable.

- Scent sources must be identified on the IPWDA Evaluation Sheet indicating description and approximate weight of the material.

**Performance Criteria and Evaluation Form Guidelines**

The Master Trainer(s) shall consider the following list of key skills in determining the team's success for the indication station element.

- Alert at Indication Station without damage to scent source
  - Did Not Complete    Doesn't alert or damages source
  - Completed    Alerts and does not damage source

## AGILITY TESTING

This is a five-minute exercise.

The handler will remove the dog's collar.

The dog must successfully negotiate each obstacle on the course. The dog is only allowed three attempts at each obstacle. The handler may encourage the dog but cannot physically assist the dog or preceded the dog on any of the obstacles. The following obstacles are mandatory:

7. Ladder Climb
8. Elevated plank walk
9. Moving Plank walk
10. Unsteady, wobbly surface
11. Tunnel
12. Sea saw

7. Ladder Climb:  Minimum 6 feet maximum 8 feet high with flat rungs secured at a 45 degree angle.  **The Little Giant or Gorilla Ladder extending to 8.5 feet and secured at a 45 degree angle is acceptable.**
8. A plank elevated at least 6' feet and no more than 8' feet off the ground (12" wide by 12" long plank is to be stable).
9. Moving plank suspended on two barrels (12' feet long by 12" inches high).
10. 3-foot (approximate height) high unsteady, wobbly surface that may be constructed with saw horses covered with a 4' by 8' sheet of 5/8" plywood. The plywood shall have different debris items placed on top not to exceed 2' feet in height and constructed to provide access to the dog either by walking up an incline or by jumping no more than 3 feet high.
11. A dark, narrow tunnel or passageway containing at least one right angle turn. The canine should not be able to see through the tunnel to the end.

BEAUTON - 0422

12. Partial covering of the exit is permitted.  The canine should fit into the tunnel without crawling.
13. A see saw approximately 16' feet long by 12" wide placed over a 55 gallon barrel or drum or other suitable design.

Canines should demonstrate control when negotiating the obstacles, i.e. climbing the ladder rather than jumping past the first few rungs.

**The obstacle course may be set up as six separately constructed obstacles or as a combination of obstacles.  The course may be administered in any order deemed by the Master Trainer.**

**The handler/dog must have passed the above testing before being allowed to test on the following search scenarios.**

## DISASTER SEARCH FIELD TESTING:

The disaster search field-testing is made up of three separate searches. The handler and dog must successfully complete all three types in order to pass.

*Rubble Pile Search*

The pile should be at least 2000 square feet area and an average height of ten feet.

This area will be contaminated with distractions that may include:

- People, smoke, animals
- Food
- Running machinery, generators, rescue tools

One cadaver source will be placed at least 20 minutes before the testing.
The team will be allowed five minutes to conduct the interview.
The handler will remove the collar from the dog and direct the dog to search.
The handler may enter the structures and direct the search.
The dog will have ten minutes to locate the source.
The dog must indicate on the location of the source with a sustained bark alert **(minimum 3 barks),** passive sit, down or re-find.
When the handler hears or observes the dog bark, observes the dog passively indicate or the dog returns to the handler and alerts, said handler shall notify the evaluator of the alert.

The handler must identify the location of the alert.
The handler may verbally encourage or praise his dog.
The handler will then be instructed to leave the pile with his dog.

The handler must sketch the pile and indicate on the sketch the alert location by using the SAR III report or team search report or equivalent.

## *COLLAPSED STRUCTURE SEARCH:*

1. The search area will include at least five structures, i.e. mobile homes.
2. The dog and handler will have thirty minutes to clear all five structures.
3. There will be at least two and no more than three cadaver scent sources placed at least twenty minutes prior to the start of the testing.
4. The team will be allowed five minutes to conduct the interview.
5. The handler must communicate his search plan to the evaluator at which time the evaluator will advise the handler when to begin.
6. The handler may enter the structures and direct the search.
7. The canine team must clear all five structures before the test is concluded.
8. The dog must indicate on the scent sources by giving a sustained bark alert or passive indication.
9. When the handler observes the dog perform his trained indication he/she must notify the evaluator and identify the location of the source.
10. The accuracy and distance from the source(s) will be at the discretion of the Master Trainer based on the terrain and structures.
11. The handler may praise and reward his canine and then should move on to the next search.
12. This process shall continue until the five structures are cleared.
13. The handler may break his canine during this process.

## *BUILDING SEARCH:*

1. This search will be conducted in low light conditions.
2. One cadaver scent source will be placed in a large building, multi floored, at least twenty minutes prior to the beginning of testing.
3. The handler and dog will have five minutes to locate the victim. "The handler may enter the building and direct the search".
4. The dog must indicate on the location of the scent source by a sustained bark alert or passive indication.
5. When the handler sees and or hears the dog barking identifying the odor of cadaver material or the dog performs a trained passive indication, the

BEAUTON - 0424

handler must notify the evaluator and identify the location of the scent source.

6. The Master Trainer has the discretion to decide the acceptable distance of the trained indication from the scent source based on scent flow in the building.
7. The handler may praise and reward the canine.
8. Distractions may be used during this search.

## Appendix 5

### Explosive Detector K-9 Team Field Certification Test

A. General Rules

1. All K-9's are to be tested in all basic odors. The basic odors to be tested are: powders, plastics, liquids and gels.
2. NESPAC in general recognizes that periodic changes will be made to the basic odor(s) list. These changes will be made to include those substances that become necessary as time dictates.
3. No less than eight ounces of the explosive material be utilized per search. The maximum weight of explosive material shall be unlimited.
4. In each area searched, distracting odors will be placed so as to test the K-9's discrimination abilities.
5. Five (5) areas will be allowed for testing. The areas will be selected by availability. A minimum of four (4) areas are to be used. The five (5) areas to choose from will be Buildings (Indoor), Vehicles, Open Area, Baggage/Parcels, Mass Transit.
6. All aids will be placed thirty (30) minutes prior to the start of testing.
7. A maximum of 2o minutes will be allowed for each phase of testing.
8. The aids will be placed so that the K-9 cannot retrieve them.
9. Handlers will not open any closed drawers, doors, or containers, etc.
10. All tests will be conducted on a pass / fail basis.
11. For certification purposes, the K9 team cannot miss any aids during testing. A false indication shall constitute a miss.
12. No detonating devices will ever be placed with explosive aids or used during testing.
13. In the event a team fails an area of testing, a retest shall be given at the discretion of the evaluator.

B. Building Search

1. Will consist of a minimum of four (4) rooms, and a maximum of six (6) rooms. Each room should have some type of furniture in it.
2. Only one (1) aid may be placed in each room.
3. At least one (1) room should contain no aids.
4. All aids will be placed between ground level and a height of eight (8) feet.
5. At least one (1) aid must be placed high.
6. Locker Search shall consist of a minimum of 100 lockers. A maximum of two (2) aids may be placed in the lockers.

C.  Open Area Search
1. The area shall consist of any outdoor area.
2. Aids may be placed anywhere from a maximum of one (1) foot below surface level, to a maximum of eight (8) feet above surface level.
3. The area to be searched will be a minimum fifty (50) yards by fifty (50) yards, to a maximum of one hundred (100) yards by one hundred (100) yards.

D.  Vehicle Search
1. Will consist of a minimum of eight (8) vehicles and a maximum of sixteen (16) vehicles.
2. The vehicles may consist of any type or model including commercial vehicles. The vehicles will be positioned so as to allow the K-9 Team to have access to each vehicle. All explosive detection searches will be done from the exterior of the vehicle. At least one (1) vehicle must contain no aids.
3. One (1) aid must be placed inside a closed engine compartment.

E.  Baggage/Parcel Search
1. Will consist of a minimum of fifteen (15) items to a maximum of twenty-five (25) items.
2. Baggage / parcels shall be defined as, but is not limited to: hard and soft shelled suitcases, attaché/brief cases, clothes bags, carry-on luggage/hand bags, golf bags, ski bags, sea/duffel bags, rolled mail, manila envelops or shipping/cardboard cartons.
3. Aids will be placed inside the items to be searched.

BEAUTON - 0426

F.  Mass Transit Search

    If mass transit vehicles are to be searched by explosive detection dogs, the following will apply.

1. The aids must be placed so they are not visible to either the handler or K9.
2. The search will consist of the entire vehicle including all accessible interior and exterior areas.
7. At least one (1) aid must be placed inside or on the vehicle.

G. Person Search

    If persons are to be searched by explosive detection canine teams, the following will apply.  The search will consist of a search of at least six (6) persons.

2. Only one (1) person will have an aid placed on them.

## Appendix 6
### Article Search / Evidence Recovery

1. The K-9 Team will search an outdoor area no less than fifty (50) by Fifty (50) yards covered with vegetation sufficient to conceal the articles.  Three (3) articles of different material shall be utilized in the search.
2. The K-9 Team may search on or off lead.
3. Articles may be leather, canvas, nylon, plastic, cloth or metal or other material.
4. The handler will be directed to an area in which articles have been placed. The canine must be properly set up and worked.
8. The K-9 must indicate the location of the articles in a clearly decisive manner.
9. All three (3) articles must be located by the K-9 Team in a reasonable amount of  time as determined by the evaluator(s).

**Appendix 7**

**NESPAC Canine Trainer Certification Standards**

Purpose: To ensure proper background and experience in the training of functional police service canines.

## ASSISTANT TRAINER

1. Assistant Patrol Trainer must be an active New England State Police member and have handled a patrol canine for a minimum of three (3) years.
2. Assistant Detector Trainer must be an active New England State Police member and have handled a detector canine for a minimum of three (3) years.
3. Must have completed a recognized course in instructor development.
4. Must attain in a training capacity a minimum of 200 hours for each discipline (patrol and/or detector). This must include planning and instructing.
5. Must participate in the selection/evaluation of a minimum of three (3) canines being considered for police patrol or detector service.
6. Must submit documentation of the completion of the above requirements, signed by a certified trainer that served as overseer of the training. This documentation must be submitted to the Principal Canine Trainer of each of the participating NESPAC States.

## TRAINER

1. Must be an active New England State Police member and meet the minimum requirements needed to be an assistant trainer.
2. Must have a minimum of five (5) years of continuous experience in handling a certified canine in the discipline the applicant is applying for.
3. Must be involved in the training of a class of new canines under the direction of a certified NESPAC trainer.
4. Must have already completed or complete in the first year as a trainer, a recognized course in instructor development.
5. Must have attained a minimum of 500 hours (may include 200 assistant trainer hours) of experience in a training capacity. 300 of these hours must be attained in the classroom and practical phases of a basic canine training course. The remaining 200 hours may be in planning and conducting in-service training under the direction of a certified NESPAC canine trainer.

6. Must have trained a minimum of 3 canines in the discipline the applicant is applying for, (either patrol or detector).

7. Must submit documentation of the completion of the above requirements, signed by the certified trainer that served as overseer of the training. This documentation must be submitted to the Principal Canine Trainer of each of the participating NESPAC States who will then submit a complete packet to the NESPAC K-9 Trainers Board for review.

# EXHIBIT 6

**13.4**        <u>Weapons, Firearms And Use Of Force Incidents</u>

**13.4.1**      <u>General Policy Statement</u>

CALEA 1.3.8    a.    <u>Temporary reassignment during use of force investigations</u>
Any field trooper or investigator whose official actions may have caused death or serious physical injury to another person through the application of physical force shall be assigned to administrative duties pending the outcome of a department administrative review of their actions.

CALEA 1.3.4    b.    <u>General requirements for troopers</u>

    (1)    <u>Knowledge of the law must be current</u>
Each trooper must be knowledgeable about current state and federal laws and department policy concerned with the application of physical force.

    (2)    <u>Do not exceed legal authority</u>
A trooper shall not exceed the scope and authority of applicable laws or policy relevant to the use of force.

    (3)    <u>Obligation to perform duties</u>
No trooper shall fail to properly perform their required duties including the lawful application of physical force.

CALEA 1.3.5    c.    <u>Medical aid must be ensured</u>
Appropriate medical aid shall be ensured as soon as possible whenever an injury results from the use of deadly force or non-deadly force by a trooper or town police officer, or auxiliary trooper.

    (1)    After requesting the appropriate medical aid, the involved sworn officer will initiate any appropriate measure they are trained and certified to engage in.

    (2)    Those actions may include, but are not limited to:

        a)  Increased observation of the subject to detect obvious changes in condition;
        b)  Apply any first aid they are trained and certified to apply;
        c)  Assist in flushing chemical agents from the subject's eyes; and,
        d)  Secure the scene to protect the subject from any further injury.

BEAUTON - 0071

## Use of Force: Threat Assessment and Response Management Matrix



DIRECTIONS: 1) Determine the perceived degree of compliance or non-compliance presented. 2) Follow the arrows to the right, stopping at the green boxes. Follow the arrows downward. Appropriate force options, depending upon the circumstances confronted, may include one or more of the intersected choices, either used alone or in combination with others. 3) Continually reassess use of appropriate force options by repeating steps 1 and 2. NOTE: No use of force decision can be accurately reduced to a simple diagram while adequately taking into consideration all of the facts and circumstances with which an officer is confronted when deciding what force is appropriately used in any given circumstances. As a result, the Matrix should be considered only as a guide and a training aid in making the use of force decision.

© 2003 State of Connecticut
All Rights Reserved

BPU CON 0072

# BASIC CONCEPTS UNDERLYING
## THE USE OF FORCE MATRIX

1. All legitimate uses of force in a law enforcement or custodial setting are ultimately justified by an articulable need to exert some level of *control* over another person.

2. It is the *subject's actions* which dictate the quality and quantity of force used by an officer in response thereto in order to exert control.

3. The need to exert control over another person in a law enforcement or custodial setting is often characterized by *rapid and unpredictable changes* requiring the officer to *continually reassess* a subject's actions as well as his or her response to those actions.

4. A proper application of force in any given set of circumstances is as much influenced by the *quality* of the force applied, and by the *timeliness* with which it is applied, as it is by the *quantity* of force applied.

5. The decision to use force in a tactical environment is *not progressive* in nature. Rather, the use of force inquiry focuses on the *reasonableness* of the force options actually employed.

6. The use of force inquiry focuses not on what the most prudent course of action may have been, but instead whether the seizure actually effectuated falls within a *range of conduct* which is *objectively reasonable*. There exists *no legal requirement to choose the one "correct" means* of gaining control over a subject through the use of force.

7. The appropriateness of a use of force decision is properly judged on the basis of the *reasonableness of an officer's perception* of the subject's actions with which he was confronted at the time he made the decision to use force rather than upon absolute fact.

8. The appropriateness of a decision to employ a *particular tool* in response to a perceived threat depends on the *degree of control* which is reasonably likely to result based on all of the circumstances known to the officer at the time the tool is employed.

9. The degree of force which can be appropriately used to respond to a threat *increases proportionally* in relation to the degree of threat reasonably perceived by an officer, and to the immediacy of the response required.

10. The *reversibility* of a decision to use force is *inversely proportional* to the degree of force employed.

11. The greater the degree of force employed, the more likely it is that (a) *physical injury* will result, and (b) the resulting *physical injury will be serious in nature.*

12. The greater the probability of injury to a subject, the greater the potential for *liability* to the officer. The greater the probability that a particular technique will result in officer control, the greater the *advantage* for the officer.

Issued 2003

BEAUTON - 0073

**13.4.3**     Non-Deadly Physical Force

CALEA 1.3.1    a.    Only force necessary to achieve a lawful purpose may be used
CALEA 1.3.4

(1)    Do not violate civil rights
A trooper who uses excessive force in light of existing circumstances violates the Constitutional rights of the person against whom the force is applied.

(2)    Do not react angrily or punitively
A trooper is never justified in using physical force to punish a suspect or retaliate for physical or verbal abuse.

b.    Documentation of the use of force is normally required

CALEA 1.3.6a    (1)    A written report shall be submitted to the Office of Professional Standards and Training, on form DPS-449-C, Response to Resistance / Aggression -- Injury / Complaint of Injury to Prisoner, in accordance with Section 19.1.7c, whenever an employee:

(a)    Discharges a firearm for other than training or recreational purposes or to dispatch an animal;

CALEA 1.3.6b    (b)    Takes action that results in or is alleged to have resulted in the injury or death of another person;

CALEA 1.3.6c    (c)    Applies force through the use of lethal or less than lethal weapons including a department canine (Sec. 19.1.7).

(2)    Annual analysis of submitted Response to Resistance / Aggression -- Injury / Complaint of Injury to Prisoner reports

CALEA 1.3.7    The Commanding Officer of Professional Standards shall review, analyze
CALEA 1.3.13    and retain all Response to Resistance / Aggression -- Injury / Complaint of Injury to Prisoner reports received ,on a quarterly basis, and shall forward to the commissioner an annual report for each calendar year concerning any patterns or trends and shall suggest appropriate training, retraining or policy modifications.

CALEA 1.3.6 d    c.    Exceptions to force reporting requirements
For department purposes, reportable physical force does not include the:

(1)    Reasonable holding, restraining or positioning of an individual necessary to apply handcuffs and other restraints; or

(2)    Necessary physical touching or guiding of an individual intended to effect compliance with a lawful command, which is applied in a such a manner as to be reasonable and which is not intended to cause physical injury; and

(3)    The lawful display of a firearm or other weapon by a trooper.

**13.4.4** <u>Less Lethal Force Options (State Police Tactical Team Personnel Only)</u>

a.     <u>Less Lethal and Specialty Impact Munitions:</u>

     (1)     **Persons authorized to use less lethal impact projectiles:**
Only Tactical Team personnel who have successfully completed a departmentally approved training course in the proper use and deployment of less lethal impact projectiles shall be authorized to use department issued impact projectiles during actual operations. An annual certification course will be conducted and documented for all end users to include:

        (a)     Knowledge of current Department policy on use of force and use of less lethal munitions;

        (b)     Knowledge of preferred target areas and potentially high risks areas;

        (c)     Accuracy expectations of individual munitions and minimal and maximum distances;

        (d)     Knowledge of reporting procedures and requirements; and

        (e)     Knowledge of first aid or medical requirements for subjects incapacitated or struck with impact projectiles.

        (f)     Emergency Services is the only unit that will utilize Less Lethal Specialty Impact Munitions.

        (g)     Personnel who do not re-certify will not be allowed to carry less lethal specialty impact munitions.

     (2)     **Scope:**
This order provides guidance for the handling and deployment of less lethal impact projectiles and establishes reporting procedures for their use. All department personnel are responsible for understanding and complying with this policy.

     (3)     **Definition:**
Less lethal impact projectiles are defined as those munitions, which can be fired, launched or otherwise propelled for the purpose of encouraging compliance, overcoming resistance or preventing serious injury without posing a significant potential of causing death. Examples of less lethal munitions include beanbag rounds, launch-able wooden, foam or rubber batons, rubber pellets and like items.

     (4)     **Purpose:**
This order addresses the training and use of extended range less lethal weapons and projectiles. The Connecticut State Police recognizes that combative, non-compliant, armed and/or violent subjects cause handling and control problems that require special training and equipment. The use of less lethal munitions is to assist with the de-escalation of these potentially violent confrontations.

     (5)     **Background:**
The need for a variety of force options has always been apparent to a police officer. Given certain situations deadly force is justified but there may be an opportunity to attempt a lesser level of force to de-escalate a situation while maintaining a safe distance for police officers and incapacitating an individual or distracting them long enough to be taken into custody without using lethal force. Situations such as barricaded armed subjects threatening suicide or attempting to commit, "suicide by cop" are one example of this situation. Mentally unstable persons armed with a deadly weapon or dangerous instrument threatening

Revised August, 2010

imminent use of these weapons to harm themselves or others is another example of when less than lethal munitions may be considered.

The employment and use of these devices are decisive actions that can assist in achieving the protection of life and property and or the restoration of order. They should be considered whenever the use of less lethal options would assist in enabling an arrest, restoring order and/or reducing the risk of more serious injury. Circumstances justifying the use of less lethal munitions include, but are not limited to:

(a)     Restoration or maintenance of order during prison disturbances;

(b)     Restoration or maintenance of order during very violent civil disturbances where innocent people may be rescued or where police are confronted with a level of force likely to cause serious physical injury such as Molotov cocktails being thrown or dangerous weapons or instruments being used;

(c)     Subduing vicious animals;

(d)     Situations where the authorizing person deems their use necessary to safely resolve a situation or incident.

(6)     Authorization for use during tactical operations:
Authorization for carrying less lethal munitions during tactical operations will be made by the Tactical Unit Commander or the Commanding Officer of the Emergency Services Unit. Tactical operations involving barricaded or suicidal individuals should normally include an option for less lethal force. The decision to use impact or less lethal munitions for the sake of the subject should never be done at the risk of the officer's safety. Tactical teams who face suicidal subjects armed with a firearm should always afford themselves ample ballistic protection such as ballistic vests, ballistic helmets, shields, body bunkers or adequate cover.

(7)     Authorization for use during civil disturbances or prison riots:
The level of force used by police during civil disturbances or prison riots will be determined by the Incident Commander. Other less lethal measures such as chemical agents should be considered prior to the use of impact munitions. Riot control munitions should consist of target specific munitions such as beanbag rounds or foam baton rounds and multiple projectile rounds. Some are intended to be fired directly at individuals or a group that have refused to comply with lawful commands to disperse and are armed with deadly weapons or dangerous instruments. The use of less lethal munitions in these circumstances is to be considered a last resort prior to the use of lethal force.

(8)     Authorization for use in non-tactical situation:
Tactical Team Members trained with and issued less lethal munitions may respond to immediate situations where the use of such force may prevent the loss of life by using lethal means. Troopers responding to such incidents must advise the Duty Supervisor of their status and the fact they have beanbag or impact rounds available. When time permits, the Duty Supervisor will consult with the Troop Commanding Officer or District Commander to determine if less lethal munitions are options that should be considered for the particular incident. The responding Trooper bears the responsibility of insuring the approved shotgun is identified as a less lethal weapon and is only loaded with less lethal munitions. The Trooper armed with the less lethal rounds must also advise other officers at the scene that a specialty impact round may be used to prevent the chance of a sympathetic discharge of lethal force by other officers.

BEAUTON - 0076

(9)    **Deployment areas:**
In situations where lethal force is justified, any less than lethal munitions can be fired from any distance into any target area.  In situations that pose a lesser threat, munitions selections and shot placement becomes very important to accomplish incapacitation of an individual with the lowest potential for a lethal injury.

    (a)    The less lethal projectiles will be delivered to suspect target areas based on the circumstances, the established safety priorities, (hostages or innocent bystanders' safety first, police officers' safety second and the subjects safety third) and the level of force authorized.

    (b)    The Police baton training chart is the recognized department model for determining contact area for less lethal munitions based on potential for injury.  When utilizing less than lethal munitions, RED areas should be avoided.  GREEN areas are the preferred target points.

        1.    Green areas-these areas will be considered when incapacitation is necessary and a minimal potential for injury is the appropriate response;

        2.    Yellow/Red areas-These areas will be considered when an escalation of force above green is necessary and appropriate, however, it should be acknowledged that there is an increase in the potential for death or serious injury;

        3.    Head/Neck- Intentional impacts to these areas will be avoided unless the use of deadly physical force is justified, necessary and appropriate.

(10)    **Safety considerations:**
Beanbag rounds and other less lethal munitions will only be used in approved shotguns.  When a weapon is designated for less lethal munitions prior to an incident it will be clearly marked with a yellow tape on the barrel.  All lethal ammunitions will be removed form the weapon and secured so it cannot be mixed with less lethal munitions.  The Trooper will visually and physically inspect the chamber and magazine to insure that all duty ammunition is removed from the shotgun.  The officer will then load the less lethal rounds into the shotgun inspecting each round prior to insertion, ensuring that each round is in fact less lethal.

    (a)    Cover officers and other on scene officers must be aware that less lethal force will be used to prevent any instance of sympathetic firing.  A command of, "Beanbag" should be announced prior to discharging the weapon if possible.

    (b)    A weapon loaded with less lethal rounds deserves the same respect as a loaded firearm.

    (c)    In cases where less lethal munitions are deployed, special considerations for lethal cover should be made.

    (d)    Under no circumstances shall any person be authorized to tamper with or alter in any manner, any less lethal projectiles.  Misfires and duds shall be recovered, rendered safe and removed from service.  Appropriate notifications shall be made and the Emergency Services Unit shall handle munitions that have malfunctioned or are damaged.

    (e)    Upon receiving any munitions, the person actually employing them is ultimately responsible for ensuring that these munitions are less lethal and used in accordance with department policy.

(11)    **Handling of injured subjects:**
Subjects who are struck by less lethal munitions shall be transported to a medical facility for examination. A number of factors can affect the type of injury sustained by a subject struck with less lethal munitions. The persons' size, clothing, distance he was struck from, type of impact munitions used, placement of the shot and angle of the projectile on impact are some of the factors that can affect the incapacitation of a subject and the injuries sustained. Immediate first aid to subjects struck with less lethal munitions will be rendered followed by transportation of subjects to a medical facility for examination.

(12)    **Investigation:**
An investigation will be conducted into any situation involving the firing of a less lethal round at a suspect. The depth of the investigation will be decided by the State Police Incident Commander and will be based on the extent of the suspect's injuries. The Response to Resistance / Aggression - Injury / Complaint of Injury to Prisoner Report (DPS-449-C) will be mandatory in addition to any other investigation of the situation and all reports shall be forwarded through the chain of command to the Office of Professional Standards and Training for review. Serious, life threatening or fatal injuries will follow the required investigative procedures outlined in Section 5.2.4 of the A&O Manual. Injuries that are not serious or life threatening will be reported in the following manner:

(a)    A supervisor shall investigate and report the incident using a separate CFS Number and will title the report as, "Use of Specialty Munitions." The DPS-449-C will be used as the first page and a caption guide will follow.

(b)    Cross reference the overall incident CFS number in the report;

(c)    Three sets of color photographs will be taken to show the nature and extent of any injury and a full body photograph indicating the extent or absence of signs of physical injury;

(d)    A detailed written report will be submitted by the Trooper using the specialty munitions to include his observations, any commands given prior to deployment, approximate distance from the subject, and physical description of the subject and a description of the reaction of the subject. Include a completed "Less Lethal Munitions Use Report", DPS-450-C, with diagram;

(e)    Description of first aid provided to the subject including the time and medical technician's name as well as the time and location that professional medical attention was provided;

(f)    Written statement of witnesses and subject if possible;

(g)    Obtain a medical release and photocopy of physician's report;

(h)    An incident review will be performed by the investigating supervisor to determine if the use of these munitions was in compliance with Department use of force guidelines and current policies.

(i)    All original reports and photographs shall be forwarded to the Office of Professional Standards and Training in accordance with Section 19.1.7c.

Revised August, 2010

BEAUTON - 0078

(13)  Emergency Services is the only unit that will utilize Less Lethal Specialty Impact Munitions:

  (a)  Emergency Services will direct the report as follows:

      1.  The original report & photos will be directed to the Office of Professional Standards and Training;

      2.  A report copy and photographs are retained at ESU;

      3.  A copy of the report will be directed to and retained by the Office of Field Operations and the Training Academy.

BEAUTON - 0079

**13.4.5**          Firearms And Deadly Force

CALEA 1.3.2    a.    Definition of terms
For the purposes of this section, the following terms are defined:

    (1)    **Physical Injury**
    Physical injury means impairment of physical condition or pain [CGS 53a-3(3)].

    (2)    **Serious Physical Injury**
    Serious physical injury means physical injury which creates a substantial risk of
    death, or which causes serious disfigurement, serious impairment of health or
    serious loss or impairment of the function of any bodily organ [CGS 53a-3(4)].

    (3)    **Deadly Physical Force**
    Deadly physical force means physical force which can be reasonably expected to
    cause death or serious physical injury [CGS 53a-3(4)].

CALEA 1.2.2
CALEA 1.3.2    b.    Justification for the use of deadly force
CALEA 1.2.7          A trooper is justified to use deadly physical force only in the performance of official duties,
as follows:

    (1)    **To defend against the threat of deadly force.**
    A trooper is justified to use deadly physical force against another person when he
    reasonably believes deadly physical force is necessary to defend himself or a
    third person from the use or imminent use of deadly physical force (Sec. 53a-
    22(c), C.G.S.), or;

    (2)    **To arrest a dangerous fleeing felon**

        (a)    The U.S. Supreme Court in *Tennessee v. Garner,* 471 US 1 (1985),
        has established constitutional standards for police use of deadly
        physical force to prevent the escape of a dangerous fleeing felon.

        (b)    A trooper is justified in using deadly physical force to effect an arrest or
        to prevent the escape from custody of a person whom he or she
        reasonably believes that:

            1.    The person has committed or has attempted to commit a crime
            involving the infliction or threatened infliction of death or
            serious physical injury; if

            2.    A warning of the intent to use deadly physical force was given
            whenever feasible (Sec. 53a-22, C.G.S., *Tennessee v.*
            *Garner,* 471 US 1, 11-12 (1985).

        **Examples:**

        1.    If a person threatens the trooper or other persons with a deadly
        weapon, or there is probable cause to believe that the person
        has committed a crime involving the infliction or threatened
        infliction of death or serious injury, the trooper may use deadly
        physical force to prevent an escape after a warning has been
        given, if such a warning is feasible.

        2.    Pursuant to *Tennessee v. Garner,* in situations where a
        suspect poses no immediate threat to the trooper or others,
        any harm resulting from failing to immediately apprehend the
        suspect does not necessarily justify the use of deadly physical
        force.

BEAUTON - 0080

  (d) Troopers may <u>not</u> use deadly physical force:

   1. Against an unarmed, non-dangerous person;

   2. To prevent the escape of a person who has committed a misdemeanor and who is not considered dangerous.

 (3) **To appropriately dispatch, destroy or disable:**

  (a) Any animal jeopardizing the safety of the public;

  (b) Any dog, which the trooper observes pursuing or worrying any deer, domestic animals or poultry;

  (c) An injured domestic animal if the trooper has the consent of the owner or has been requested to do so by a veterinarian. In any case, when a reasonable attempt to locate an owner has failed, the trooper may use his discretion to decide whether or not to kill an animal to relieve it of its suffering;

  (d) An injured wild animal or one who exhibits unusual or threatening behavior or exhibiting signs of rabies infection, or any species of wild animal which is known to be commonly a carrier of rabies, i.e., undomesticated raccoons, skunks, and squirrels, etc.

  (e) An inanimate object, device or vehicle in any reasonably safe manner to eliminate or reduce a perceived present or imminent danger to the trooper or to the public.

CALEA 1.2.7 c. <u>Warnings shall be given</u>

 (1) Verbal warnings
Whenever it is reasonable and feasible and doing so will not unreasonably increase the risk of injury to the trooper or any other person, a verbal warning shall be given before a shot is directed towards any person.

CALEA 1.3.3 (2) Warning shots
Warning shots are a substantial danger to troopers and citizens alike and are not authorized by this department.

 d. <u>Shooting at a moving motor vehicle</u>

Moving vehicles present unique circumstances in connection with the discharge of a firearm including a limited ability of the weapon to disable the vehicle, the possibility of injuring innocent occupants or bystanders, and the amount of time necessary to deploy and accurately discharge a firearm in the direction of a moving vehicle.

A trooper should minimize placing himself/herself in a position of vulnerability when confronting a suspect or defendant in a vehicle. When confronted by deadly force either emanating from or by a moving vehicle, where possible, as a first course of action, a trooper should attempt to remove himself/herself from the path of the moving vehicle or deadly force before considering to employ deadly force. Deadly force shall not be directed at a motor vehicle merely to disable a vehicle. A trooper may discharge a firearm in the direction of a moving vehicle to counter an imminent threat of serious physical injury or death directed at the trooper or another person

Revised September, 2007         2 of 3

e.    Standard of objective reasonableness
The U.S. Supreme Court has expressed concern that a police officer should not be unduly constrained from protecting himself or others from the use of deadly force because of fear of the outcome of any administrative or judicial review process and has formulated a standard of *"objective reasonableness"* to be used when the propriety of an officer's use of deadly force is at issue.

(1)    *Graham v. Connor*
In accordance with *Graham v. Connor*, 490 US 386, 395 (1989) claims against police officers alleging the use of excessive force, deadly or not, during the course of an arrest, investigative stop or other seizure of a person shall be analyzed under a Fourth Amendment standard of "objective reasonableness."

(2)    Standard of objective reasonableness
The US Supreme Court observed that *"[t]he test of reasonableness under the Fourth Amendment is not capable of precise definition or mechanical application."* *Bell v. Wolfish*, 441 US 520, 559 (1979), in Graham v. Connor, 490 US 386, 396 (1989).

    (a)    The U.S. Supreme Court has further observed that the *"proper application [of the reasonable standard] requires careful attention to the facts and circumstances of each particular case, including the severity of the crime at issue, whether the suspect poses an immediate threat to the safety of the officers or others and whether he is actively resisting arrest or attempting to evade arrest by flight."* Id. at 490 US 386, 396 (1986).

    (b)    The U.S. Supreme Court explained the application of objective reasonableness in these terms:

        1.    *"The question is whether the officers' actions are 'objectively reasonable' in light of the facts and circumstances confronting them...The reasonableness of a particular use of force must be judged from the perspective of a reasonable officer on the scene, rather than with the 20/20 vision of hindsight...the reasonableness' inquiry...is an objective one..."* Id. at 396-399.

        2.    The Supreme Court further stated that the Fourth Amendment is *"not violated by an arrest based on probable cause, even though the wrong person is arrested...nor by the mistaken execution of a valid search warrant on the wrong premises...With respect to a claim of excessive force, the same standard of reasonableness at the moment applies...."* Id. at 396 (1989).

BEAUTON - 0082

13.4.6  **Shooting Incidents**
CALEA 1.3.6 a.

a.    <u>Notification to the commissioner</u>
Notification shall be made to the commissioner through the chain of command by the trooper's immediate supervisor.  An internal investigation shall be conducted in any shooting incident involving troopers or police personnel under department supervision or control whenever:

(1)    A trooper, a suspect or another person is shot;

(2)    Shots are fired by a trooper while affecting an arrest, engaging in vehicle pursuit, or in defense of himself or others;

(3)    A department firearm or approved personal firearm is accidentally discharged.

b.    <u>Internal investigations shall conform to Chapter 5 guidelines</u>

CALEA 1.3.8  c.    <u>Removal from line-duty assignment</u>
Pending the administrative review, any trooper whose official actions results in death or serious injury to another person shall be removed from field assignment, if so assigned, to a temporary administrative assignment, pending the results of the internal investigation.

BEAUTON - 0083

**19.1.7**
**CALEA 1.2.5**

<u>Using Force To Effect An Arrest</u>

a.     <u>Non-deadly physical force</u>

    (1)     **By peace officers**
A trooper, or other peace officer, may use non-deadly physical force against another person when and to the extent that he or she reasonably believes it is necessary to:

        (a)     Arrest or prevent the escape from custody of a person whom the trooper reasonably believes has committed an offense; or

        (b)     To defend the trooper or a third person from the use or imminent use of physical force while effecting or attempting to effect an arrest or while preventing or attempting to prevent an escape.

    (2)     **By other persons**

        (a)     Any person may use reasonable physical force upon another person to defend himself or a third person from what he reasonably believes to be the use or imminent use of physical force, and he may use such degree of force which he reasonably believes to be necessary for such purpose; except that deadly physical force may not be used unless the actor reasonably believes that such other person is:

            1.     Using or about to use deadly physical force; or

            2.     Inflicting or about to inflict great bodily harm (Sec. 53a-19, C.G.S.).

        (b)     A person is not justified in using deadly physical force if he knows that he can avoid the necessity of using such force with complete safety by:

            1.     Retreating, except that an actor is not required to retreat in his dwelling or place of work if he is not the aggressor, or if he is a peace officer or a private person assisting such peace officer at his direction and is acting pursuant to Sec. 53a-22, C.G.S.; or

            2.     By surrendering possession of property to a person claiming a right thereto; or

            3.     By complying with a demand that he abstain from performing any act, which he is not obliged to perform.

**CALEA 1.3.1**     b.     <u>Use the amount of physical force necessary</u>

    (1)     Only that amount of force which is necessary to achieve a lawful result should be used.

    (2)     Troopers should rely on state statutes, department rules, procedures and training to properly apply the amount and type of force necessary to accomplish lawful objectives.

    (3)     Troopers shall maintain self-control and shall not be provoked by rudeness, uncivil language or offensive gestures.

BEAUTON - 0084

c.    **Reporting prisoner injuries or complaints of injuries**

(1)    Whenever a prisoner is injured, or complains of any injury, associated with an arrest, the arresting trooper shall notify the duty supervisor and document the facts and circumstances of the incident in his / her written arrest / incident report. The supervisor shall submit a detailed administrative report documenting the circumstances specifically pertaining to the trooper's response to resistance / aggression and / or injury / complaint of injury to prisoner.

(a)    Note:  A separate Nexgen CFS number shall be generated and documented on the DPS-449-C to administratively track the Response to Resistance / Aggression Incident or Injury / Complaint of Injury to Prisoner.  This CFS number shall be cross-referenced to the main incident number from which the arrest transpired.

(2)    Form DPS-449-C, Response to Resistance / Aggression – Injury / Complaint of Injury to Prisoner, shall be completed by the Duty Sergeant or a supervisor not directly involved in the Response to Resistance / Aggression incident.  The DPS-449-C shall serve as the face sheet of the supervisor's administrative report and shall be accompanied by a supplemental caption report on form DPS-302-C (C1) entitled:  *"Prisoner Injury"* or *"Prisoner's Complaint of Injury"*.  The following captions shall be used at a minimum to explain the circumstances of the incident:

(a)    Incident date & time;

(b)    Name of trooper involved;

(c)    Date and time trooper notified supervisor;

(d)    Name of complainant;

(e)    Description of circumstances relevant to injury or complaint;

(f)    Photos taken;

1.    When and by whom;

2.    If not taken, why not?

(g)    Name(s) of witnesses;

(h)    Nature of medical assistance provided.

(4)    The supervisor's administrative report shall provide a review and analysis of the response to resistance or injury / complaint of injury to prisoner and be forward through the chain of command to the District or Bureau Commander, within five (5) days of the date of the incident.

(5)    After a review by the District / Bureau Commander having jurisdiction over the incident, the original Response to Resistance / Aggression – Injury / Complaint of Injury to Prisoner report shall be forwarded to the Office of Professional Standards and Training for analysis, review and approval within ten (10) days of the date of the incident.

CALEA 1.3.6    (6)    The Office of Professional Standards and Training shall examine each Response to Resistance / Aggression – Injury / Complaint of Injury to Prisoner report to help identify trends, improve training and employee safety and provide timely information for the agency in addressing use of force issues with the public.

(a)    As such, the Office of Professional Standards and Training shall provide a copy of each incident report to the Office of Field Operations and the Training Academy.

Revised August, 2010

# BEAUTON - 0085

2 of 3

d.    **Duty to report injuries or complaint of injuries**
Any trooper, upon learning of any prisoner who is injured or complains of an injury resulting from the response to resistance / aggression associated with an arrest, shall immediately notify the supervisor or superior officer in charge, who shall arrange for appropriate medical assistance.

    (1)    Also refer to Section 22.3.4g. to report injuries resulting from the use of department canines.

e.    **Deadly physical force**
A trooper is justified in using deadly physical force upon another person under conditions outlined in Chapter 13.4.

BEAUTON - 0086

| 22.3.3 | | Using Department Canines |
|---|---|---|
| CALEA 41.1.4a | | |
| CALEA 41.1.4g | a. | **Handler training and certification is required** |

Only department trained and certified handlers will direct or control department canines.

**b.    Patrol dogs**

CALEA 41.1.4b

**(1)    Dispatch considerations**

Canine teams should be dispatched to all potentially hazardous or violent situations, i.e., gang fights, barricaded persons, hijackings, building searches, unruly crowds, prowlers, or missing person incidents where the missing person is a child, an elderly person or whenever foul play is suspected.

(a)    A separate Event Number shall be created in the I-CAD system documenting the utilization of the K-9.  This K-9 Event shall be "cross-referenced" to the primary event being investigated.

**(2)    Use at correctional facilities**

Canine teams shall be available for correctional facility disturbances, but their deployment must be approved by the task force commander.

**(3)    Crowd control use**

Whenever canines are needed for crowd control, at least two teams shall be assigned.

(a)    An additional trooper shall be assigned to each canine team to secure any prisoners.

(b)    Patrol canines shall normally be restrained on a lead during crowd control duties.

(4)    A canine team shall be otherwise dispatched to any incident where a canine is normally used.

(5)    Prior to the end of the shift, the troop desk officer shall direct a SPRAMIS message to Emergency Services, summarizing any significant event involving canines.

CALEA 46.2.5

**(6)    Missing person and escapee searches**

Search areas shall be secured as quickly as possible to protect scent articles and to establish perimeter patrols.

(a)    Patrol canines shall be used for tracking operations while awaiting bloodhounds (Sec. 18.4.2).

(b)    During an area search, each canine team should be accompanied by an additional trooper.

(c)    The Commander of Emergency Services or his designee is the canine search coordinator.

(d)    Any canine trainer and the senior canine search and rescue handler at a scene shall determine how canine operations will be undertaken.

(e)    At any scene where state police canine search and rescue teams are present, the ranking trooper shall attempt to prevent interference with department search operations by outside groups or individuals.

1.    Volunteers shall not be prevented from searching for missing persons unless their efforts will compromise department search operations.

**BEAUTON - 0087**

2. The ranking trooper at the scene shall negotiate a solution to any conflicts or problems encountered.

3. In any criminal incident, adequately protect the crime scene.

(f) Use of non-police search & rescue canine teams

1. The department will not routinely solicit or permit assistance from non-police search & rescue canine teams, but guidance may be requested from the Commander of Emergency Services whenever department resources appear to be exhausted.

2. If life is endangered and an immediate response appears essential, the ranking trooper at the scene may assume responsibility for the use of outside canine teams, but use of such teams should be suspended as soon as possible.

3. Non-department canine teams shall not be routinely exposed to undue risk or hazard.

(7) Patrol dog teams may provide public demonstrations with approval from the Emergency Services commander.

(8) Consideration should be given to the degree of urgency and anticipated incident duration before an on-duty resident trooper canine-handler is called away from the resident town.

(a) Off-duty resident trooper canine-handlers may be used without restriction.

(b) Resident trooper handler overtime performed outside a resident town shall not be charged to the resident town.

(9) A completed Form DPS-758-C, Canine Incident Report, will be submitted to the dog trainer by a handler within three working days.

CALEA 1.2.7    (10) Use of force guidelines for patrol canines

(a) Each handler is responsible for the proper use and control of his assigned canine.

(b) Under the direction of its handler, force may be applied through a canine in any situation in which the use of non-deadly physical force is justified to accomplish the following objectives:

1. To arrest or prevent the escape from custody of any person the trooper reasonably believes to have committed an offense; or

2. To defend the canine-handler or other person from the use or imminent use of physical force.

CALEA 1.3.1    (c) Only necessary physical force is authorized
Only the minimum amount of force necessary to achieve a lawfully intended result should be used when deploying a department canine under the direction of its handler.

(d) Other considerations

1. Handlers shall rely on state statutes and department directives and training to determine when it is necessary to resort to the use of force through a canine to accomplish lawful objectives.

Revised January 2006

BEAUTON - 0088

2 of 4

2.    Handlers shall also consider the following to determine whether the use of force through a canine is appropriate:

[a]    Severity of the crime;

[b]    Whether the suspect poses an immediate threat to the safety of the handler or other persons;

[c]    Whether the suspect is actively resisting arrest or attempting to evade arrest by flight.

c.    **Using evidence recovery dogs**

(1)    Most patrol dogs are trained to conduct rapid searches of areas to locate items with a human scent on them.

(2)    A rapid search may locate weapons and other evidence.

d.    **Using drug detector dogs**
Drug detector canines can detect the following controlled substances:

(1)    Marijuana;

(2)    Hashish;

(3)    Cocaine; and

(4)    Heroin.

e.    **Using explosives detector dogs**

(1)    Explosives detector dogs can detect the following materials:

(a)    Black powder;

(b)    Primer Cord;

(c)    Dynamite; and

(d)    Plastic explosives.

(2)    Teams will be accompanied by a trained bomb technician during an active search.

f.    **Using body detector dogs**
A trained canine can detect dead bodies, body parts or materials soiled with large quantities of blood or body fluids.

g.    **Using accelerant detector dogs**

(1)    Canines are capable of locating certain arson accelerants.

(2)    Accelerant detection dogs will be requested from the Emergency Services Commander through the Office of State Fire Marshal.

CALEA 46.2.5    h.    **Use of bloodhounds**

(1)    Whenever a person is lost, request a bloodhound as soon as possible.

(2)    Protect the scene while awaiting arrival of the bloodhound.

(a)    Determine the area where the person was last seen and exclude all persons from it until after the bloodhound arrives;

(b)    Do not park motor vehicles where exhaust fumes will saturate the starting point and destroy scents;

(c)    Obtain a scent article

　　　1.    Do not handle the article;

　　　2.    If a scent article is brought from another location, obtain instruction from the handler on how to transport it.

(3)    Preliminary search efforts
Check all buildings, the immediate area and patrol perimeter roads while the bloodhound is en route.

(4)    Limit access to the search scene
Keep area access to a minimum to prevent scene contamination.

22.3.4     <u>Administrative Matters</u>

a.     <u>Care and maintenance of canines</u>

CALEA 41.1.4e     (1)     Canine handlers are responsible for the care, cleaning, handling and daily training of their canine.

(2)     Canine handlers shall keep assigned vehicles and work related equipment clean and in good working condition.

b.     <u>Tours of duty</u>
Each canine handler shall use their canine during each tour of duty and should not be dispatched for routine troop duties.

c.     <u>Canine housing</u>

(1)     Canines will be assigned to a handler to live with the handler and his family as a house pet in-residence.

(2)     Whenever a handler is on extended leave due to illness, injury or vacation, the canine will be delivered to the dog trainer for kenneling, unless the handler exerts full control over the canine during the entire leave period.

d.     <u>Medical reports and medical records</u>

(1)     Each canine will be given an annual physical in April including immunizations and heart worm testing.

(2)     Heart worm prevention medication shall be administered to each canine.

(3)     Canines will be medically serviced only by department approved veterinarians, except for an emergency.

(4)     Routine veterinary visits require prior notification to the department trainer concerning the reason for the visit.

(5)     Form DPS-812-C, Recording Services Rendered by a Veterinarian, will be forwarded to the department trainer after each visit.

e.     <u>Retirement of canines</u>

(1)     A canine will be retired from service when it cannot physically or mentally perform in conformance to department standards.

(2)     A retired canine may be turned over to ownership of its handler or another owner, if that person signs a release assuming all responsibility and liability for the canine.

f.     <u>Assignment of canine teams to duty</u>

(1)     Requests by a troop commander for additional canine teams will be evaluated considering department needs.

(2)     Troop commanders will not usually assign more than one patrol dog to the same shift or platoon.

g.     <u>Reporting injuries or property damage caused by department canines</u>

(1)     Whenever a canine causes personal injury or damage to property

(a)     Provide first aid or medical attention for injuries.

Revised August, 2010                    BEAUTON - 0091                    1 of 3

CALEA 1.3.6d

(b) A supervisor shall investigate and report the incident using an Event Number assigned by CAD system. Additionally, supervisors shall ensure that incidents involving department K-9's are included in the Morning Report.

(c) Supervisors shall also ensure that the following incidents involving department canines are properly documented:

    1. Intentional use of department K-9s and any K-9 bite (intentional or accidental) shall be considered "Use of Force", and as such, the Response to Aggression (DPS-449-C) shall be completed and accompanied by a narrative caption report on form(s) DPS-302-C. Some examples are as follows:

        [a] K-9 Bite – Arrest;

        [b] K-9 Bite – Unintended / Accidental, while in the course of duty;

        [c] Other Injury by K-9 (Non-Accidental);

        [d] Property Damage by K-9 (Non-Accidental);

    2. For other accidental or unintentional incidents involving department K-9s, Incident Report form DPS-683-C shall be completed and accompanied by a narrative caption report on form(s) DPS-302-C. This report shall be entitled "Accidental Canine Incident". Some examples are as follows:

        [a] Other Injury by K-9 (Accidental)
            [i.e. Off-Duty K-9 Bites someone];

        [b] Property Damage by K-9 (Accidental / Off – Duty)

(d) Cross reference the overall CAD Event number in the applicable K-9 report to the DPS Case Number documenting the incident.

(e) Three sets of color photographs will be taken in all cases to show;

    1. Damage to property including overall area views;

    2. Physical injury photographs showing the nature and extent of any injury and full body photographs indicating the extent or absence of signs of physical injury.

(f) A detailed written report will be obtained from the handler.

(g) Obtain written statements from all witnesses, including the victim.

(h) Obtain a medical release and photocopy of the attending physician's report.

(i) Before the shift ends direct a critical incident electronic message to the Troop Commander, District Commander, Emergency Services and the Office of Field Operations to briefly describe the incident.

(j) An incident review will be performed by the canine training unit supervisor to determine whether remedial action is appropriate.

BEAUTON - 0092

(2)     Routing canine incident reports

    (a)     The canine handler shall cause the reports to be directed as follows:

    1.     For all injury to prisoners or non-accidental incidents involving canine:

       [a]     The original DPS-449-C (Response to Aggression Report) supporting reports and original photos shall be forwarded to Emergency Services after the Troop Sergeant and Commanding Officer have reviewed and approved all documents. Once Emergency Services have reviewed form DPS-449-C and all supporting reports for compliance to the Department's current canine policy, the report will then be forwarded through the chain of command to the Office of Professional Standards and Training.

       [b]     A copy of the DPS-449-C (Response to Aggression) supporting reports and photocopy of photos shall be retained at the Canine Training Unit.

    2.     For all accidental incidents involving canines that do not involve a prisoner:

       [a]     The original DPS-683c (Investigative Report), supplementary reports and original photos shall be forwarded to Reports and Records.

       [b]     A copy of DPS-683c (Investigative Report), supplementary report and photocopy of photos hall be forwarded to the Office of Field Operations through the chain of command.

       [c]     A copy of the DPS-683c (Investigative Report), supplementary report and photocopy of photos shall be forwarded to Emergency Services for review and forwarding to the canine Training Unit.

CALEA 41.1.4   h.    Requesting canine team services

    (1)     During normal business hours requests for specialized canines and from outside agencies shall be routed to Emergency Services.

    (2)     After normal hours notify the DPS Communication Center at HQ.

    i.    Specialty canine teams - special considerations

    (1)     Secure the scene to prevent contamination.

    (2)     Request canine services as soon as possible.

    j.    Claims arising from dog bite injuries (Section 8.9.1, Claims Against the State)

    k.    Veterinary billing
Whenever a canine requires medical treatment, examination or evaluation by a veterinarian, the canine handler shall submit the veterinary bill and a completed Form DPS-33-C, Request For Goods Or Services, to the clerk of the command where the canine is assigned.

BEAUTON - 0093

EXHIBIT 7

## Use of Force: Threat Assessment and Response Management Matrix

13.4.1a

© 2009 State of Connecticut
All Rights Reserved



**CONTROL KEY**

■ Force option not appropriate under most circumstances or otherwise forbidden by law.
■ Force option probably excessive or likely to result in officer injury under most circumstances.
□ Force option not permitted by policy or only appropriate under limited circumstances.
▨ Force option likely appropriate, depending upon the circumstances.
■ Force option likely to result in probable effective control under most circumstances.

BEAUTON - 0226

DIRECTIONS:  1) Determine the perceived degree of compliance or non-compliance presented.  2) Follow the arrows to the right, stopping at the green boxes.  Follow the arrows downward.  Appropriate force options, depending upon the circumstances confronted, may include one or more of the intersected choices, either used alone or in combination with others.  3) Continually reassess use of appropriate force options by repeating steps 1 and 2. NOTE:  No use of force decision can be accurately reduced to a simple diagram while adequately taking into consideration all of the facts and circumstances with which an officer is confronted when deciding what force is appropriately used in any given circumstances.  As a result, the Matrix should be considered only as a guide and a training aid in framing the use of force decision.

## BASIC CONCEPTS UNDERLYING
## THE USE OF FORCE MATRIX

1.   All legitimate uses of force in a law enforcement or custodial setting are ultimately justified by an articulable need to exert some level of *control* over another person.

2.   It is the *subject's actions* which dictate the quality and quantity of force used by an officer in response thereto in order to exert control.

3.   The need to exert control over another person in a law enforcement or custodial setting is often characterized by *rapid and unpredictable changes* requiring the officer to *continually reassess* a subject's actions as well as his or her response to those actions.

4.   A proper application of force in any given set of circumstances is as much influenced by the *quality* of the force applied, and by the *timeliness* with which it is applied, as it is by the *quantity* of force applied.

5.   The decision to use force in a tactical environment is *not progressive* in nature.  Rather, the use of force inquiry focuses on the *reasonableness* of the force options actually employed.

6.   The use of force inquiry focuses not on what the most prudent course of action may have been, but instead whether the seizure actually effectuated falls within a *range of conduct* which is *objectively reasonable*. There exists *no legal requirement to choose the one "correct" means* of gaining control over a subject through the use of force.

7.   The appropriateness of a use of force decision is properly judged on the basis of the *reasonableness of an officer's perception* of the subject's actions with which he was confronted at the time he made the decision to use force rather than upon absolute fact.

8.   The appropriateness of a decision to employ a *particular tool* in response to a perceived threat depends on the *degree of control* which is reasonably likely to result based on all of the circumstances known to the officer at the time the tool is employed.

9.   The degree of force which can be appropriately used to respond to a threat *increases proportionally* in relation to the degree of threat reasonably perceived by an officer, and to the *immediacy of the response* required.

10.   The *reversibility* of a decision to use force is *inversely proportional* to the degree of force employed.

11.   The greater the degree of force employed, the more likely it is that (a) *physical injury* will result, and (b) the resulting *physical injury will be serious in nature*.

12.   The greater the probability of injury to a subject, the greater the potential for *liability* to the officer.  The greater the probability that a particular technique will result in officer control, the greater the *advantage* for the officer.