# EXHIBIT 1

**Motherway, Carmel A.**

| | |
|---|---|
| From: | Motherway, Carmel A. |
| Sent: | Friday, June 30, 2017 8:46 PM |
| To: | 'gamlaw' |
| Subject: | Crespo v. Beauton |
| Attachments: | CRESPO Dr. Powers Disclosure.pdf |

Carmel A. Motherway
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Tel: 860-808-5450
Fax: 860-808-5591

1

## Motherway, Carmel A.

| | |
|---|---|
| **From:** | Motherway, Carmel A. |
| **Sent:** | Friday, June 30, 2017 8:46 PM |
| **To:** | 'gamlaw' |
| **Subject:** | Crespo v. Beauton |
| **Attachments:** | CRESPO Sgt. Alogna Disclosure.pdf |

Carmel A. Motherway
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Tel: 860-808-5450
Fax: 860-808-5591

1

## Motherway, Carmel A.

| | |
|---|---|
| From: | Motherway, Carmel A. |
| Sent: | Friday, June 30, 2017 8:47 PM |
| To: | 'gamlaw' |
| Subject: | Crespo v. Bbeauton |
| Attachments: | CRESPO TFC O'Donnell Disclosure part I.pdf |

Carmel A. Motherway
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Tel: 860-808-5450
Fax: 860-808-5591

1

**Motherway, Carmel A.**

| | |
|---|---|
| From: | Motherway, Carmel A. |
| Sent: | Friday, June 30, 2017 8:48 PM |
| To: | 'gamlaw' |
| Subject: | crespo v. beauton |
| Attachments: | CRESPO TFC O'Donnell Disclosure PartII.pdf |

Carmel A. Motherway
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Tel: 860-808-5450
Fax: 860-808-5591